# EXHIBIT 5

## REQUEST JUDICIAL NOTICE #5 of:

JAMES MASSINGALE AND ANGELA MASSINGALE NOTICE of PENDENCY,

By Eric S. Freeze

*Pro Per*

FILED ___ ENTERED
LODGED ___ RECEIVED

OCT 26 2023  JC

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Eric S. Freeze<br><br>        Plaintiffs,<br><br>v.<br><br>ELIZABETH E. GALLAGHER, JOSE T. ACUNA, ANN G. FREEZE REVOCABLE TRUST, and the RONALD L. FREEZE REVOCABLE TRUST, JAMES MASSINGALE AND ANGELA MASSINGALE,<br>        Defendants | CASE No. 2 : 23-CV-01135-RSM<br><br>**NOTICE OF PENDENCY OF ACTION**<br><br>**DEFENDANT:**<br>JAMES MASSINGALE AND ANGELA MASSINGALE |

## NOTICE OF PENDENCY OF ACTION

Notice is hereby given that the above-entitled action was filed in the above-entitled Court on October, 2023 by Plaintiff, Eric S. Freeze against Defendants JAMES MASSINGALE AND ANGELA MASSINGALE,
.

    This lien is being applied to the Grantor/Defendant in his private capacity as a result of their malicious, willful intent to swindle through a scheme working in concert with one or more of the other Defendants to deprive Plaintiff of his home and remuneration for invoices received by the Trust

The assertions against the Grantors/Defendant's refusal to give Plaintiff his rightful use of his property and home.

    This lis pendens lien is filed as per RCW 4.28.320, RCW 4.28.325, RCW 4.28.328, RCW 7.28.260, being a notice of the pendency filed in connection with an action under Title 6, 60, other than chapter 60.70 RCW, or 61 RCW.

NOTICE OF PENDENCY OF ACTION - 1

*Pro Per*

| | |
|---|---|
| 1 | Plaintiff claims on secured real property of Defendants JAMES MASSINGALE AND ANGELA MASSINGALE including but is not limited to the following property for the specified amounts: |

Plaintiff claims on secured real property of Defendants JAMES MASSINGALE AND ANGELA MASSINGALE including but is not limited to the following property for the specified amounts:

$850,000 -Invoiced amount of $740,876.00 plus interest and penalties per Defendant

$1,700,000 -Total amount of Lis Pendens claimed in this Notice for Plaintiff

Notice Is also Given that a legal description of the lands in question is included as part of this Notice of Lis Pendens for Defendant for each Plaintiff on each property listed.

This Action alleges a real property claim affecting certain real property that is situated as follows: for; JAMES MASSINGALE AND ANGELA MASSINGALE
P64456
Abbreviated legal description: Section 19, Township 35, Range 9
(1.7500 ac) THAT PORTION OF THE FOLLOWING DESCRIBED TRACT LYING SOUTHERLY OF YEAGER ROAD: THE WEST 525 FEET OF THAT PORTION OF GOVERNMENT LOT 4, SECTION 19, TOWNSHIP 35 NORTH, RANGE 9 EAST, W.M., LYING NORTHERLY OF THE GREAT NORTHERN RAILWAY COMPANY RIGHT-OF-WAY. EXCEPT THAT PORTION THEREOF LYING WESTERLY OF A LINE DRAWN SOUTH FROM A POINT ON THE NORTH LINE OF SAID SUBDIVISION THAT IS 225 FEET EAST (AS MEASURED ALONG SAID NORTH LINE OF SAID SUBDIVISION) OF THE NORTHWEST CORNER OF SAID SECTION. ALSO TOGETHER WITH THE SOUTHERLY 146 FEET OF THE FOLLOWING DESCRIBED PROPERTY: THAT PORTION OF GOVERNMENT LOT 4, SECTION 19, TOWNSHIP 35 NORTH, RANGE 9 EAST, W.M., DESCRIBED AS FOLLOWS: BEGINNING AT THE NORTHWEST CORNER OF SAID GOVERNMENT LOT 4; THENCE EAST ALONG THE NORTH LINE THEREOF, A DISTANCE 225 FEET; THENCE SOUTH TO THE NORTH LINE OF THE GREAT NORTHERN RAILWAY COMPANY RIGHT-OF-WAY; THENCE WESTERLY ALONG THE NORTH LINE OF SAID RIGHT-OF-WAY TO THE WEST LINE OF SAID GOVERNMENT LOT 4; THENCE NORTH, ALONG SAID WEST LINE, TO THE POINT OF BEGINNING.

Also known as:
48136 YEAGER ROAD, Concrete WA, 98237 Skagit County

Respectfully submitted this 26th day of October 2023,

*/s/ Eric S. Freeze*

Eric S. Freeze
P. O. Box 12
Concrete, WA [98237]
360-202-6178

NOTICE OF PENDENCY OF ACTION - 2