AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Washington ▾

| | |
|---|---|
| Eric S. Freeze<br><br><br><br>*Plaintiff(s)*<br>v.<br>ELIZABETH E. GALLAGHER, JOSE T. ACUNA, ANN G. FREEZE REVOCABLE TRUST, and the RONALD L. FREEZE REVOCABLE TRUST, JAMES MASSINGALE AND ANGELA MASSINGALE,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 2 : 23-CV-01135-RSM<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  JAMES MASSINGALE
48136 YEAGER ROAD
Concrete WA

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Eric S. Freeze
P. O. Box 12
Concrete, WA [98237]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                                                *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Washington   🔽

Eric S. Freeze                                               )
                                                             )
                                                             )
                                                             )
                                                             )
*Plaintiff(s)*                                               )
                                                             )
v.                                                           )   Civil Action No. 2 : 23-CV-01135-RSM
                                                             )
ELIZABETH E. GALLAGHER, JOSE T. ACUNA, ANN                   )
G. FREEZE REVOCABLE TRUST, and the RONALD                    )
L. FREEZE REVOCABLE TRUST, JAMES                             )
MASSINGALE AND ANGELA MASSINGALE,                            )
                                                             )
*Defendant(s)*                                               )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ANGELA MASSINGALE
48136 YEAGER ROAD
Concrete WA

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) -– you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Eric S. Freeze
P. O. Box 12
Concrete, WA [98237]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*