UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ERIC STEPHEN FREEZE<br><br>Plaintiff,<br><br>v.<br><br>ELIZABETH E. GALLAGHER, JOSE T. ACUNA, ANN G. FREEZE REVOCABLE TRUST, RONALD L. FREEZE REVOCABLE TRUST, and JAMES MASSINGALE and ANGELA MASSINGALE<br><br>Defendants. | Case No. 2:23-cv-01135-RSM<br><br>**NOTICE OF APPEARANCE**<br><br>ELIZABETH GALLAGHER,<br>ANN G. FREEZE REVOCABLE TRUST,<br>RONALD L. FREEEZE REVOCABLE TRUST, JAMES MASSINGALE and ANGELA MASSINGALE |

TO:           CLERK OF THE COURT

AND TO: Plaintiff Eric Stephen Freeze

YOU AND EACH OF YOU WILL PLEASE TAKE NOTICE that Defendants:

      ELIZABETH E. GALLEGHER
      ANN G. FREEZE REVOCABLE TRUST
      RONALD FREEZE REVOCABLE TRUST
      JAMES MASSINGALE and ANGELA MASSINGALE

Law Office of Paul W. Taylor, Inc., P.S.
20388 Eric Street
Mount Vernon, WA 98274
Phone: (360) 416-6900
pwtlaw@frontier.com

hereby file this Notice of Appearance in the above-entitled action, without waiving any defense or defect including but not limited to lack of jurisdiction over subject matter, lack of jurisdiction over person, lack of standing, improper venue, insufficiency of process and/or service, failure to state a claim upon which relief may be granted and any other deficiency under FRCP 12.

YOU ARE HEREBY FURTHER NOTIFIED it is respectfully requested that all future papers and pleadings herein or notices of any nature or kind whatsoever affecting the rights of said party except original process, be served upon the undersigned attorney at the physical address stated below.

Dated this 17th day of November, 2023.

LAW OFFICE OF PAUL W. TAYLOR INC., P.S.

*/s/ Paul W. Taylor*

PAUL W. TAYLOR, WSBA No. 13945
20388 Eric Street
Mount Vernon, WA 98274
360-416-6900
pwtlaw@frontier.com

2

Law Office of Paul W. Taylor, Inc., P.S.
20388 Eric Street
Mount Vernon, WA 98274
Phone: (360) 416-6900
pwtlaw@frontier.com