UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ERIC STEPHEN FREEZE,<br><br>Plaintiff,<br><br>v.<br><br>ELIZABETH E. GALLAGHER, JOSE T. ACUNA, ANN G. FREEZE REVOCABLE TRUST, RONALD L. FREEZE REVOCABLE TRUST, JAMES MASSINGALE and ANGELA MASSINGALE<br><br>Defendants. | Case No. 2:23-cv-01135-RSM<br><br>ANSWER TO AMENDED COMPLAINT BY DEFENDANTS ELIZABETH E. GALLAGHER, ANN G. FREEZE REVOCABLE TRUST, RONALD L. FREEZE REVOCABLE TRUST, JAMES MASSINGALE and ANGELA MASSINGALE |

COME NOW, the Defendants Elizabeth E. Gallagher, Ann G. Freeze Revocable Trust, Ronald L. Freeze Revocable Trust, James Massingale and Angela Massingale by and through their attorney Paul W. Taylor, and answer Plaintiff's Complaint as follow:

I. **PARTIES**

1.1 Defendants admit that Plaintiff is Eric Stephen Freeze, whose address is P.O. Box 12, Concrete, Washington 98237. The remainder of the allegations in paragraph 1.1 are denied.

1.2 Admitted.

1.3 Denied for lack of information and knowledge.

1.4 Admitted.

1.5 Admitted.

## II. VENUE AND JURISDICTION

2.1 Denied.

2.2 Denied.

2.3 Denied.

2.4 Denied

## III. STATEMENT OF FACTS

3.1 Denied.

3.2 Denied.

3.3 Denied.

3.4 Denied.

3.5 Denied.

3.6 Denied.

3.7 Denied.

3.8 Denied.

3.9 Denied.

3.10 Denied.

Law Office of Paul W. Taylor, Inc., P.S.
20388 Eric Street
Mount Vernon, WA 98274
Phone: (360) 416-6900
pwtlaw@frontier.com

3.11   Denied.

3.12   Denied.

3.13   Denied.

3.14   Denied.

3.15   Denied.

3.16   Denied.

3.17   Denied.

3.18   Denied.

3.19   Denied.

## IV.   NATURE OF ACTION

4.1   Denied.

4.2 (a)   Denied.

(b)   Denied.

(c)   Denied.

4.3   Denied.

## V.   CAUSES OF ACTION

5.1   Defendants re-affirm and incorporate their answers to Paragraph 1.1 through 4.3 as if set forth fully herein.

5.2   Denied.

5.3   Denied. Defendants re-affirm and incorporate their answers to Paragraph 1.1 through 5.2 as if set forth fully herein.

5.4   Denied.

5.5   Denied.

Law Office of Paul W. Taylor, Inc., P.S.
20388 Eric Street
Mount Vernon, WA 98274
Phone: (360) 416-6900
pwtlaw@frontier.com

5.6     Defendants re-affirm and incorporate their answers to Paragraph 1.1 through 5.5 as if set forth fully herein.

5.7     Denied.

5.8     Denied.

5.9     Denied.

## VI. AFFIRMATIVE DEFENSES

By way of further answer and affirmative defenses, Defendants allege as follows:

1. This Court lacks jurisdiction over the persons of these Defendants and the subject matter of this action.

2. Plaintiff failed to mitigate damages and protect himself from avoidable consequences.

3. Plaintiff's Complaint fails to state a claim upon which relief may be granted.

4. Plaintiff's claims are barred by the doctrine of *res judicata* and collateral estoppel

4. The Plaintiff's claims are totally frivolous and without any merit whatsoever and subject to sanctions.

5. All the Plaintiff's claims are a direct and proximate result of his own actions, conduct, and total disregard for the law.

These Defendants reserve the right to assert other affirmative defenses and counterclaims as applicable and warranted and as applicable and by further discovery of this case.

## VII.   REQUEST FOR RELIEF

Wherefore, these Defendants pray that Plaintiff's Complaint be dismissed with prejudice, that Plaintiff take nothing thereby, and that Defendants have the costs and disbursements

Law Office of Paul W. Taylor, Inc., P.S.
20388 Eric Street
Mount Vernon, WA 98274
Phone: (360) 416-6900
pwtlaw@frontier.com

herein incurred, together with such other and future relief as the court may deem just and proper.

DATED this 20th day of November, 2023.

LAW OFFICE OF PAUL W. TAYLOR INC., P.S.

*[signature]*

Paul W. Taylor, WSBA No. 13945
Attorney for Defendants
Elizabeth Gallagher
Ann G. Freeze Revocable Trust
Ronald L. Freeze Revocable Trust
James Massingale
Angela Massingale

Law Office of Paul W. Taylor, Inc., P.S.
20388 Eric Street
Mount Vernon, WA 98274
Phone: (360) 416-6900
pwtlaw@frontier.com