UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ERIC STEPHEN FREEZE, | CASE NO. C23-1135JLR |
| Plaintiff, | SHOW CAUSE MINUTE ORDER |
| v. | |
| ELIZABETH E. GALLAGHER, et al., | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable James L. Robart, U.S. District Judge:

It is ORDERED that the parties show cause by March 21, 2024, why this action should not be dismissed for failing to comply with Order requiring Status Report signed

//

//

MINUTE ORDER - 1

January 8, 2024 and due February 20, 2024.  Absent a timely response to this Order, the action SHALL BE DISMISSED without prejudice.

Filed and entered this 7th day of March, 2024.

                                    RAVI SUBRAMANIAN
                                    Clerk of Court

                                    s/ Ashleigh Drecktrah
                                    Deputy Clerk

MINUTE ORDER - 2