UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ERIC STEPHEN FREEZE, | CASE NO. C23-1135JLR |
| Plaintiff, | MINUTE ORDER |
| v. | |
| ELIZABETH E. GALLAGHER, et al., | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

Before the court are five filings by Defendants Elizabeth E. Gallagher, Ann G. Freeze Revocable Trust, Ronald L. Freeze Revocable Trust, James Massingale, and Angela Massingale (together, "Defendants"). (*See* Dkt. ## 34-38.) Four of the five filings do not comply with this District's Local Civil Rules.

MINUTE ORDER - 1

(1) Docket # 34 is Defendants' response to Plaintiff Eric Stephen Freeze's motions to strike Defendants' notice of appearance (Dkt. # 26) and to disqualify Defendants' attorney Paul W. Taylor (Dkt. # 19).[1] Defendants (a) improperly filed the response on the docket as a motion; (b) filed the response long after the deadlines for doing so expired; and (c) failed to "include the certification of the signer as to the number of words" in the brief, as required by Local Civil Rule 7(e)(6). *See* Local Rules W.D. Wash. LCR 7(d) (setting forth the noting dates and briefing schedule for motions), 7(e)(6) (stating that the certification of the signer shall state, "substantially as follows: 'I certify that this memorandum contains _____ words, in compliance with the Local Civil Rules.'").

(2) Docket # 35 is Defendants' motion to dismiss. Here, Defendants (a) improperly noted their motion for March 29, 2024, rather than for April 12, 2024, as required by Local Civil Rule 7(d)(3); (b) failed to include the certification of the signer as required by Local Civil Rule 7(e)(6); and (c) failed to file a proposed order as required by Local Civil Rule 7(b)(1). *See* Local Rules W.D. Wash. LCR 7(d)(3), 7(e)(6), 7(b)(1).

(3) Docket # 37 is Defendants' motion for sanctions. Here, Defendants failed to (a) set a noting date on the motion as required by Local Civil Rule 7(d)(3); (b) include the certification of the signer as required by Local Civil Rule 7(e)(6); and (c) file a proposed order as required by Local Civil Rule 7(b)(1). *See* Local Rules W.D. Wash. LCR 7(d)(3), 7(e)(6), 7(b)(1).

---

[1] The court has already decided both motions. (*See* 2/20/24 Order (Dkt. # 23); 3/8/24 Order (Dkt. # 30).)

(4) Docket # 38 is a second copy of Defendants' motion for sanctions, which Defendants apparently filed in order to set a noting date for the motion. Here, Defendants (a) re-filed their motion for sanctions instead of filing a Notice of Motion Renoted as required by Local Civil Rule 7(l); and (b) improperly noted the motion for March 29, 2024, rather than April 5, 2024, as required by Local Civil Rule 7(d)(3). *See* Local Rules W.D. Wash. LCR 7(l), 7(d)(3).

Defendants' failure to comply with the Local Civil Rules has required this court and the Clerk to expend substantial time and resources to correct Defendants' many docketing errors. (*See generally* Dkt.) Therefore, the court ORDERS counsel for Defendants to carefully review the Local Civil Rules, which are available on this District's website at https://www.wawd.uscourts.gov/local-rules-and-orders, and to ensure that all future filings comply with these rules. Failure to comply with the Local Civil Rules in the future may result in the filing being stricken from the docket and/or other sanctions.[2]

Filed and entered this 20th day of March, 2024.

RAVI SUBRAMANIAN
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

---

[2] Defendants shall not file corrected versions of the documents discussed in this order.

MINUTE ORDER - 3