*Affidavits in Support of*

*Opposition to Dismiss*

# EXHIBIT 12

_____ FILED        _____ ENTERED
_____ LODGED       _____ RECEIVED

MAR 2 0 2024   MG

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

## REQUEST JUDICIAL NOTICE of:

Affidavits NOTICE of Default Certified

"Judgement" of unrebutted Affidavit

herein Bound/ Attached and so named as

Affidavit(s)/Declarations of Truth,

Affidavit(s) dated:

12-16-21

1-05-22

1-4-23

1-8-23,

3-26-23

## By Eric S. Freeze

EXHIBIT 12 a. 

**Common Law AFFIDAVIT/DECLARATION OF TRUTH**
**Notice of Constitutional Violations, Notice to Cease and Desist**
**...WITHOUT DISHONOR**
**Via Certified and 1st Class USPS Mail**

Dated February 4, 2023
Eric Freeze, hereinafter, Claimant
Mail Address: P. O. Box 119
Burlington, within the organic County of Skagit
The State of Washington [98233]
The united States of America

LISA JANICKI 70220410000082312181
1800 Continental Place
Mount Vernon WA 98273

Ann & Ronald FREEZE REVOCABLE
TRUST, hereinafter TRUST a legal fiction
entity,
11 Depot Rd,
Stratham, NH [03885],

     Jointly and severally to:

Elizabeth Gallaghar, a sentient woman,
11 Depot Rd,
Stratham, NH [03885]

County of Skagit
1800 Continental Pl
Mount Vernon WA 98273

Hereinafter, RESPONDENTS,

    I, Eric Freeze, a sentient man (non-legal fiction entity/person), hereinafter, Freeze, possessing God-given unalienable Rights makes this Common Law AFFIDAVIT/DECLARATION OF TRUTH Notice of Constitutional Violations, and Notice to Cease and Desist, hereinafter, AFFIDAVIT, declares under pain and penalty of perjury under the laws of the organic United States of America and of the organic State of Washington [not to be confused with any legal fiction/corporate/governmental entities] that I am of legal age and sound mind and hereby attests that the statements, averments and information contained in this AFFIDAVIT are true and correct to the best of my knowledge. Eric was born on Property outlined in NOTICE OF CERTAIN FACTS, 1.(PAGE 2.) hereinafter, Property. Freeze has had a valid contract with TRUST since 2008.

**THROUGH SERIAL ACTS OF NEGLIGENCE, FRAUDULENT PRACTICES AND ACTIONS DONE WITH PURPOSE, MALICE, INTENT, WILLFULLY AND IN CONCERT BY THE FOLLOWING PUBLIC OFFICIALS AND PRIVATE INDIVIDUALS;**
SANDRA PERKINS, DON MCDERMOTT, RICH WEYRICH, LISA JANICKI, PETER BROWNING, RON WESEN, ELIZABETH GALLAGHAR, and ANN & RONALD FREEZE REVOCABLE TRUST hereinafter, RESPONDENTS.

I.    This notice of Statement AFFIDAVIT is directed to: SANDRA PERKINS, DON MCDERMOTT, RICH WEYRICH, LISA JANICKI, PETER BROWNING, RON

1        Common Law AFFIDAVIT/DECLARATION OF TRUTH
. 2rd Notice of Constitutional Violations,
Notice to Cease and Desist

WESEN, ELIZABETH GALLAGHAR, and ANN & RONALD FREEZE REVOCABLE TRUST. This AFFIDAVIT shall be considered sufficient lawful notice to the RESPONDENTS herein named. AFFIDAVIT is hereby made pursuant to original jurisdiction organic law and the united States Constitution, specifically, the Bill of Rights, in particular, Amendments I, IV, V, VI, VII, IX, X and XIV and The Washington State Constitution, in particular Article I, Sections I, II, III, IV, V, VI, VII, VIII, X, XI, XXVII, XXVIIII, XXX, XXXII and XXXV.

II.     RESPONDENTS sworn response given under pain and penalty of perjury, in affidavit form, specific to each and every point of the subject matter stated herein must be received within ten (10) days after RESPONDENTS' receipt of Freeze's AFFIDAVIT. Any other reply not conforming to Section II of this AFFIDAVIT, regardless to subject matter shall be considered false, fraudulent and a nonreply. RESPONDENTS failure to respond point by point and item by item to the facts presented in this sworn AFFIDAVIT, shall stipulate by virtue of tacit assent that RESPONDENTS accept statements as stated by Freeze as fact.

III.    This AFFIDAVIT/DECLARATION OF TRUTH, stating violation of laws for Infringement of Constitutionally secured Rights and Denial of Life, Liberty and the pursuit of Happiness of Freeze, in Common Law protected by the united States and Washington State Constitutions is directed to: SANDRA PERKINS, RICH WEYRICH, DON MCDERMOTT, 'FREEZE REVOCABLE TRUST', and ELIZABETH GALLAGHAR, hereinafter, RESPONDENTS,

IV. NOTICE to all RESPONDENTS:

    The following AFFIDAVIT and NOTICE OF DEFAULT is not intended to injure, defraud, coerce, threaten, to intimidate or to deceive, any insurer, one or all RESPONDENTS into compliance. Please answer to the Allegations according to your standing and to your truth under the "Flag of Peace".

V. NOTICE to all RESPONDENTS:

    RESPONDENTS agree by virtue of tacit assent that RESPONDENT Elizabeth Gallaghar and RESPONDENT FREEZE REVOCABLE TRUST have committed the following crimes that have infringed on Freeze's God-given rights: RACKETEERING (RICO), CRIMINAL CONSPIRACY, VIOLATION OF RIGHTS UNDER COLOR OF LAW, TITLE 18 U.S.C. 1038 - FALSE INFORMATION AND HOAXES, TITLE 18 U.S.C. 1001 - STATEMENTS OR ENTRIES GENERALLY, TITLE 18 U.S.C. SECTION 1512B - ENGAGES IN MISLEADING CONDUCT. TITLE 42 - U.S.C. SECTION 1983 - CIVIL RIGHTS ACTION FOR DEPRIVATION OF RIGHTS, TITLE 42 U.S.C. SECTION 1985 (3) - CONSPIRACY TO INTERFERE WITH CIVIL RIGHTS, TITLE 42 U.S.C. 2000A (A). CIVIL RIGHTS ACT OF 1871, 42 U.S.C. 1985, DISCRIMINATION, DEPRIVATION OF RIGHTS, ACTING UNDER COLOR OF ANY LAW, HARASSMENT, INTIMIDATION, COERCION, HUMAN RIGHTS VIOLATION, FRAUD AND FALSE STATEMENTS, CIVIL RIGHTS VIOLATION, EMBARASSMENT, hereinafter, CRIMES and punished Freeze without due process in absence of any actual crime against life, liberty, or property.

All the Previous affidavits are included as part of the whole of this document.

### NOTICE OF CERTAIN FACTS:

2

1. On or about December 2016 and May 2017 Sandra Perkins sent TRUST several compliance complaints which the claimant addressed with your employee.

2. On or about March 22, 2017, Freeze entered into an agreement with Skagit Code Compliance Office, hereinafter Agreement, to make property located at 4602 and 4606 Moen Rd, Concrete Washington hereinafter, Property compliant to Skagit code.

3. Since Skagit Code Compliance Agreement, was made several events beyond the control of Freeze have occurred. Weather, Skagit Code Compliance Office's failure to have officers to fulfill title requirements, Sheriff's inability to process abandoned vehicle titles quicker hereinafter, Events.

4. Freeze has made a timely and progressive effort to complete his part of the Agreement.

5. Freeze continues to this day to remove vehicles in a timely manner working with and around Events.

6. Freeze denies that he has failed to continue to fulfil his promise to become compliant mentioned in the Agreement.

7. RESPONDENTS Elizabeth Gallaghar and TRUST are in a civil dispute with Freeze over ownership of this property.

8. On or about November 15, 2021 RESPONDENTS worked in concert to trespass, acting in fraud, to deprive and infringe on Eric's 4th Amendment rights, to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated.

9. Furthermore, on or before November 15, 2021, Respondents did collude and work in concert to unlawfully Break and Enter, Vandalize and Burglarize, Eric's home for the specific purpose of committing fraud, theft, vandalism, to Burglarize, violate Eric's Constitutional rights, and damage to Eric's house and remove his possessions.

10. On, before or about November 15, 2021, In an attempt to force Eric from his home, RESPONDENTS colluded to intimidate, harass, libel, slander, coerce and embarrass Eric by changing the locks on Eric's house that he was born in, and lived in for 34 years, preventing Eric access to his home by domestic terrorism and criminal conspiracy.

11. On, before or about November 15, 2021 RESPONDENTS did conspire to commit Burglary, steal Eric's phone, damaging this valuable property, an heirloom of Eric's Dad and plot with aforethought of malice and intent did commit these crimes for profit.

12. When the sheriff Don McDermott or Prosecuting attorney Rich Weyrich failed to file a criminal report or arrest the known criminal I am forced to alert you elected officials that crimes have been committed in Skagit county.

13. On or about December 13, 2021, Freeze filed a Lis Pendens, 202112130090, on all Property. As stated in this Common Law Lis Pendens, all words, terms, and phrases as written in this document are to be clarified and defined only by Freeze or his representative.

14. On or about January last year you were sent an Affidavit of Truth, via Certified Mail, 70203160000172334274, you are in default. You have also failed to report these crimes as specified, 18 U.S. Code § 4. As an official, your negligence has damaged me.

15. Your attempts to now remove any of my property from this Property without my approval is theft and I will suit. Cease and desist all unlawful actions against me.

**Qualified Statement of Fact**; this Lis Pendens, Skagit County Auditor record number 202112130090, is filed on all real estate, all buildings, all equipment, all contents, all merchandise, all vehicles and any items above or below the land. See: Notice is given… the meaning of all words, terms, and phrases are to be clarified and defined only by Eric Freeze… page 5.

Common Law AFFIDAVIT/DECLARATION OF TRUTH
2rd Notice of Constitutional Violations,
Notice to Cease and Desist

**Sufficient Lawful notification** has been provided to RESPONDENTS Skagit County Sheriff, DON MCDERMOTT, Skagit County Prosecutor, RICH WEYRICH, SANDRA PERKINS, SKAGIT CODE COMPLIANCE, LISA JANICKI, PETER BROWNING, RON WESEN, stating that RESPONDENTS must rebut the statements, charges and averments made in this AFFIDAVIT Pursuant to this Notice. Should anyone other than Freeze attempt to remove any item from Property, Freeze will press criminal charges against the perpetrator(s) for theft, unlawful criminal trespass, possession of stolen property, Violation of Oath of OFFICE, RACKETEERING (RICO), CRIMINAL CONSPIRACY, VIOLATION OF RIGHTS UNDER COLOR OF LAW, HARASSMENT, INTIMIDATION, and COERCION. If RESPONDENTS disagree with anything stated in this AFFIDAVIT, they must rebut point by point, all statements of fact stated herein with an Affidavit given under Pain and Penalty of Perjury, within (10) ten business days of receipt thereof. Any other reply, partial or complete not conforming to Section II of this affidavit, regardless of subject matter is to be considered false and a nonreply. An unrebutted affidavit stands as truth and fact before any court.

1. Freeze demands RESPONDENTS to immediately cease and desist their unlawful CRIMES, actions, discriminations, threats, harassment and deprivation of Freeze's rights and privileges.
2. Total Offer voids without notice of intent or full payment.
3. As a result of nonresponse by RESPONDENTS to this AFFIDAVIT, RESPONDENTS agree that any enjoinment of third parties by RESPONDENTS or unsolicited volunteers not presently listed as a RESPONDENT in this AFFIDAVIT, will immediately be included in this matter as co-conspirators, liable for the full amount of cure and be responsible for all affidavits prior, current and future presented to RESPONDENTS.

## OFFER TO CURE

Cease and desist unlawful actions immediately.
Because of these numerous, various and sundry unlawful actions, infringements, of Eric's rights, privileges, liberties, and pursuit of happiness, and attacks on Eric's character, Eric sends this invoice settlement as a third good faith settlement for said RESPONDENTS' unlawful acts upon Eric Freeze for $7,787,885.00 (Seven Million Seven Hundred Eighty Seven Thousand Eight Hundred Eighty Five eight dollars) USD, hereinafter, Settlement, (in cryptocurrency or functional currency of the United States) for payment to Contract Collection Trust hereinafter, CCT, at time and place designated by Eric.

**IF** Total Offer is not exercised BY RESPONDENTS:

- RESPONDENTS agree to any jurisdictional venue, any estoppel, any form of encumbrance, lien, garnishment, auction or action on all RESPONDENT'S bonds, property, and assets that Freeze chooses, required to satisfy Offer to Cure until the sum Total Offer of settlement damages, penalties and interest, hereinafter, DAMAGES are collected by Freeze from each RESPONDENT. Should this MATTER go to court, RESPONDENTS agree to pay court costs, any cost to negotiate and allow and pay Freeze's assistance of counsel.

- RESPONDENTS agree to pay a common law contract penalty of $1000.00 (one thousand dollars in functional currency of the United States) a day until Total Offer is paid in full, from the date of original Notice of harassment, on or about November 15, 2021.

- RESPONDENTS agree that this contract is Notice of Consent to Judgement, and Lien of any personal property or surety.

- RESPONDENTS agree this consent supersedes any and all civil and or statute law for filing or leaning of RESPONDENTS for damages against Freeze in RESPONDENTS' private, civil and or public capacity. Negotiations in the Shadow of the Law will be accepted by RESPONDENTS.

- Of this presentment take due Notice and heed and govern yourself accordingly. This FINAL EXPRESSION IN A RECORD is intended as a complete and exclusive statement of the terms of the agreement between the parties.

- ALL RESPONDENTS AGREE to pay DAMAGES to Freeze if this Settlement OFFER is ignored. DAMAGES yet to be calculated to Freeze are due and payable within 10 days. Any unpaid balance will accrue with interest calculated at rate of 5 % (Five percent) interest compounded per annum, pro-rated monthly from the date of original Notice of harassment, on or about November 15, 2021.

**DEFINITIONS OF WORDS, TERMS, AND PHRASES:**

The meanings of all word(s), term(s), and phrase(s) as written in this document are to be defined only by Freeze or his representative, a flesh and blood/sentient man and woman and non-legal fiction entities acting by right of original common law jurisdiction.
It is agreed that receipt of payment for this hold harmless Settlement absolves RESPONDENTS of any legal liability for any injuries or damage suffered by Freeze. **Settlement amount does not reflect total damages to Freeze.**

Affiant further sayeth naught. All Rights Reserved,

Sworn Statement patterned per 28 U.S.C. 1746 (1):
"I declare under pain and penalty of perjury under the laws of the (organic) United States of America that the foregoing is true and correct. Executed on January 4, 2023.

With All Rights Reserved,

(Signature): _Eric Freeze_, 

Affiant/Declarant, in propria persona

_1/8/2023_
Date

**Common Law AFFIDAVIT/DECLARATION OF TRUTH**
**2ʳᵈ Notice of Constitutional Violations, Notice to Cease and Desist**

5

EXHIBIT 13 

# NOTICE OF DEFAULT CERTIFIED "JUDGEMENT" OF UN-REBUTTED AFFIDAVIT

herein Bound / Attached and so named as

## Affidavit(s)/Declaration of Truth ,

I, hereby Certify that on this;

The 25 day of March; on/or after the 22nd day following the date of the Bound / Attached "Certified Proof of Service" that was properly served and dated

the __28oth__ day of __January__ , 20 __22__; _Exhibit 10_
the __4th__ day of __January__ , 20 __23__;
the __4th__ day of __January__ , 20 __23__;
the __N/A__ day of _____ , 20 ____;
the __N/A__ day of _____ , 20 ____;

I hereby declare by my Honor and under my Authority as one of "we the people" and under the laws of the United States of America in that an affidavit un-rebutted in 21 days becomes the judgement.

X _Eric Freeze_ _____

Print _Eric Freeze_ _____

Post Mailed in _Okagit County , Washington_ by my hand

Witness _____

Witness _____

Notary Public as JURAT CERTIFICATE

Washington State
Skagit County The United States of America

On_____3/26/2023_____before me,

a Notary Public, personally appeared Eric Freeze who proved to me on the basis of satisfactory evidence to be the man whose Name is subscribed to the within attached instrument and acknowledged to Me that he executed the same in his authorized capacity, And that by his autograph(s) on the instrument the man executed, the instrument known as

_____

_____

_____

I certify under PENALTY OF PERJURY under the lawful laws of Washington State that the foregoing paragraph is true and correct. WITNESS my hand and official seal.

Signature_____

of Notary / Jurat

> LINDA SUE FUSSELL
> Notary Public
> State of Washington
> Commission Number 22002128
> My Commission Expires
> 09/23/2025

seal

Notice to agents is notice to principal, Notice to principal is notice to agent.
This is The End of this affidavit.

EXHIBIT 10

# Common Law AFFIDAVIT/DECLARATION OF TRUTH
## 3rd Notice of Constitutional Violations,
## Notice to Cure, Notice to Cease and Desist

Jointly and Severally to:

Elizabeth Gallaghar, non-legal fiction person
11 Depot Rd,
Stratham, NH [03885],
70203160000172332959
Bret Sachter, non-legal fiction person
5413 Meridian Ave. N., Ste. A,
Seattle WA, [98103]
70203160000172332898
Paul W. Taylor, non-legal fiction person
20388 Eric Sr.,
Mount Vernon, WA, [98274]
70203160000172332904
FREEZE REVOCABLE TRUST, a legal
fiction entity, hereinafter, 'TRUST,'
11 Depot Rd,
Stratham, NH [03885],
70203160000172332911
Jose Acuna, non-legal fiction person
Sent Via Certified Returned Receipt and USPS 1st Class Mail

7906 Renic Dr.
Sedro Woolley WA [98284]
70203160000172333625
ACUNA CEDAR PRODUCTS, INC.
(non-legal fiction person)
7906 Renic Dr,
Sedro Woolley, WA 98284
Don McDermott, non-legal fiction person
600 S 3rd St #100,
Mt Vernon, WA [98273]
70203160000017233291128
Rich Weyrich, non-legal fiction person
Courthouse Annex
605 S. Third
Mount Vernon, WA [98273]
70203160000017233291135

Hereinafter, RESPONDENTS.

I, Eric Freeze, a lawful man on the land, a sentient man (non-legal fiction entity/person), hereinafter, Eric, possessing God-given unalienable Rights makes this 'Common Law AFFIDAVIT/DECLARATION OF TRUTH Notice of Constitutional Violations, and Notice to Cure, Notice to Cease and Desist', hereinafter, AFFIDAVIT, declares under pain and penalty of perjury under the laws of the organic united States of America and of the organic State of Washington [not to be confused with any legal fiction/corporate/governmental entities] that I am of legal age and sound mind and hereby attests that the statements, averments and information contained in this AFFIDAVIT are true and correct. Eric was born on Property outlined in Exhibit A, hereinafter, Property. Eric has had a valid contract with TRUST since 2008.

I.     This Affidavit/Declaration of Truth shall be considered sufficient lawful notice to the parties herein named. Said affidavit is hereby made pursuant to Original Jurisdiction Organic Law and the United States Constitution, specifically, the Bill of Rights, in particular, Amendments I, IV, V, VI, VII, IX, X and XIV and The Washington State Constitution, in particular Article 1, Sections 1, 2, 3, 4, 5, 6, 7, 8,

10, 11, 27, 29, 30, 32 and 35. Article 9 section 1 - Education Preamble, Article 9 section 4 - Sectarian control of influence prohibited.

II.      RESPONDENTS sworn response given under pain and penalty of perjury specific to each and every point of the subject matter stated herein must be received within (10) ten days after RESPONDENTS receipt of Ewing's affidavit. Any other reply not conforming to Section II, regardless to subject matter is to be considered false and a nonreply. RESPONDENTS failure to respond point by point and item by item to the facts presented in this Affidavit/Declaration, shall stipulate by virtue of tacit assent that RESPONDENTS accept statements as stated by Ewing as fact.

III.     This AFFIDAVIT for Infringement of Constitutionally secured Rights and Denial of Life, Liberty and the pursuit of Happiness in Common Law protected by the united States and Washington State Constitutions is directed to:

'FREEZE REVOCABLE TRUST', Elizabeth Gallaghar, Bret Sachter, Paul W. Taylor, Jose Acuna, ACUNA CEDAR PRODUCTS, INC., Don McDermott, and Rich Weyrich.

IV. NOTICE to all DEBTORS and or RESPONDENTS:

The following AFFIDAVIT and NOTICE OF DEFAULT is not intended to injure, defraud, coerce, threaten, to intimidate or to deceive, any insurer, one or all the Debtors into compliance. Please answer to the Allegations according to your standing and to your truth under the "Flag of Peace".

V. NOTICE to all DEBTORS and or RESPONDENTS:

RESPONDENTS agree by virtue of tacit assent that RESPONDENTS have committed the following crimes that have infringed on Eric's God-given rights: DISCRIMINATION, DEPRIVATION OF RIGHTS, RACKETEERING (RICO), ACTING UNDER COLOR OF ANY LAW, DERILICTION of DUTY, VIOLATION OF OATH of OFFICE, MASQUERADING AS PUBLIC OFFICIALS, HARASSMENT, PERJURY, INTIMIDATION, DOMESTIC TERRORISM, SUBORNATION OF PERJURY, COERCION, HUMAN RIGHTS VIOLATION, FRAUD AND FALSE STATEMENTS, CIVIL RIGHTS VIOLATION, MALFEASANCE OF OFFICE, MISPRISION OF FELONY, OFFICIAL MISCONDUCT, CRIMINAL CONSPIRACY, SEDITION AND INSURRECTION, BAD FAITH CLAIMS, EMBARASSMENT, HUMILIATION, LIBEL and SLANDER hereinafter, CRIMES and punished Eric without due process in absence of any actual crime against life, liberty, or property.

1. All RESPONDENTS are in default of Common Law AFFIDAVIT /DECLARATION OF TRUTH Notice of Constitutional Violations, Notice to Cure, Notice to Cease and Desist, hereinafter, Affidavit 22, dated December 13, 2021, and agree that RESPONDENTS failed to answer, respond or comply with section II. Of Affidavit 22.

2. On or about January 15, 2022, All RESPONDENTS received Common Law AFFIDAVIT/DECLARATION OF TRUTH  Notice of Constitutional Violations, Notice to Cure, Notice to Cease and Desist, hereinafter, Affidavit 33, dated January 5, 2022.

3. **All RESPONDENTS are in default of Affidavit 33**, and agree that RESPONDENTS failed to answer, respond or comply with section II. of Affidavit 33.

4. All RESPONDENTS agreed by tacit consent that Eric's Common Law AFFIDAVITs/ DECLARATION OF TRUTH received by RESPONDENTS on or after December14th, 2021 are truthful and correct.

5. On or about November 29th, 1986, Ronald L. Freeze and Ann G. Freeze appointed Peter G. Freeze of Concrete Washington as their true and lawful attorney and granted Peter G. Freeze GENERAL POWER OF ATTORNEY in relation to the property located at 4602 and 4606 Moen Rd, Concrete Washington hereinafter, Property.

6. On or before November 2021, Peter G. Freeze bequeathed said Property to Eric Freeze.

7. On or about November 15, 2021, Eric arrived home to find his home vandalized, broken into and the door locks completely changed. .

8. On or about or after November 16, 2021, Eric notified the Skagit County Sheriff that his home had been broken into, vandalized, and theft had occurred, and the door locks removed and changed to new lock of which Eric was not given keys.

9. On or about or after November 16, 2021, Skagit County Deputy Sheriff Mullen told Eric that the perpetrator of the crimes committed against him was Jose Acuna, and that Skagit County Deputy Sheriff Mullen talked with Elizabeth Gallaghar, who verified that she hired Jose Acuna to break and enter Eric's home and change the locks, and if Eric needed any personal items from the home, he could get the key from Jose Acuna.

10. All previous affidavits are included as part of the whole of this document. Via Registered, Certified, return Receipt, or USPS Mail, 70203160000172332027, 70203160000025999704, 70203160000025999698, 70203160000172332041, 70202450000226906689, 70202450000226906696, 70203160000172332034

11. On or after December 16, 2021, acting Sheriff Don McDermott is in dereliction of his duty and violated his oath of Office for:
   a. becoming complicit by working in concert with RESPONDENTS as CRIMES continued and
   b. failing to arrest Jose Acuna for trespass, breaking and entering and theft
   c. for failing to investigate, act upon or report Federal CRIMES to a superior authority or report said CRIMES to a Superior Court Judge.
   d. Misprison of Felony
   e. Disregarding Eric's report of vandalism, theft and trespass
   f. All CRIMES

12. On or after December 16, 2021, acting Prosecuting Attorney Rich Weyrich is in dereliction of his duty and violated his oath of Office for:
   a. becoming complicit by working in concert with RESPONDENTS as CRIMES continued and
   b. failing to indict Elizabeth Gallaghar for conspiracy to hire for criminal conspiracy,
   c. failing to indict Jose Acuna for trespass, breaking and entering, theft, violation of Eric's 4th Amendment Rights, Fraud and vandalism.
   d. for failing to investigate, act upon or report Federal CRIMES to a superior authority or report said CRIMES to a Superior Court Judge
   e. Misprison of Felony
   f. All CRIMES

13. In regard to all actions to remove Eric from Property, undertaken by RESPONDENTS, Eric denies the RESPONDENTS' statement that Eric was allowed due process, or was allowed a lawful timely manner to respond.

14. Eric states that every correspondence from RESPONDENTS was answered in a lawful timely manner.

15. Eric rebuts and disagrees with every claim RESPONDENTS has made against him as false statements. The RESPONDENTS have declared False Claims.

16. RESPONDENTS agree that Eric has responded to every correspondence in a lawful timely manner.

Common Law AFFIDAVIT/DECLARATION OF TRUTH
3rd Notice of Constitutional Violations,
Notice to Cure, Notice to Cease and Desist

17. On or about December 13, 2021, Eric filed a Lis Pendens, 202112130090, on all Property. As stated in this Common Law Lis Pendens, all words, terms, and phrases as written in this document are to be clarified and defined only by Eric or his representative.

**Statement of Fact;** this Lis Pendens, Skagit County Auditor record number 202112130090, is filed on all real estate, all buildings, all equipment, all contents and all merchandise. **See LAWFUL NOTICE page 6.**

18. Due to the RESPONDENTS' unlawful actions Eric intends to lien the Property in question for $740,876.00 for Eric's, claims, interest and work performed. TRUST and or RESPONDENTS have violated contract with Eric.

19. RESPONDENTS rejected Eric's 1st good faith offer to cure in the original Affidavit dated December 13, 2021, and sent to RESPONDENTS, but agreed by tacit assent, " If this reduced offer is not accepted, **RESPONDENTS agrees the full damage is due and payable to Eric. Settlement amount does not reflect total damages to Eric.**"

20. RESPONDENTS rejected Eric's 2nd good faith offer in Affidavit 22 dated January 5, 2022, for $2,222,628.99 in functional currency of the United States.

21. Therefore, RESPONDENTS shall pay Total Damages to Eric as agreed in Item 17 of this AFFIDAVIT copied from original Affidavit dated December 13, 2021.

Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the united States, or to different punishments, pains, or penalties, on account of such person being an alien, or by reason of his color, or race, than are prescribed for the punishment of citizens, shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years, or both.

As a result of nonresponse by RESPONDENTS to this AFFIDAVIT, RESPONDENTS agree that any enjoinment of third parties by RESPONDENTS or unsolicited volunteers not presently listed as a RESPONDENT in this AFFIDAVIT, will immediately be included in this matter as co-conspirators, liable for the full amount of cure and be responsible for all affidavits prior, current and future presented to RESPONDENTS.

Common Law AFFIDAVIT/DECLARATION OF TRUTH
3rd Notice of Constitutional Violations,
Notice to Cure, Notice to Cease and Desist

## LAWFUL NOTICE

**Sufficient Lawful notification** has been provided to Skagit County Sheriff, Don McDermott, Skagit County Prosecutor, Rich Weyrich and RESPONDENTS. ANY ATTEMPT TO TRESPASS, REMOVE, SMUGGLE, DAMAGE, DESTROY, STEAL or CONSPIRE TO DEPRIVE Eric of the items outlined but not limited to those in item 17, **Statement of Fact;** will have the charges of TRESPASS, THEFT, POSSESSION OF STOLEN PROPERTY, RACKETEERING, and all CRIMES previously listed, filed against them.

## OFFER TO CURE

Eric makes this good faith 10 (ten) day **Total Offer to Cure.**

Therefore, Eric submits this invoice for, but not limited to; ACTING UNDER COLOR OF LAW, failure to Cease and Desist unlawful actions, violation of Eric's 4th Amendment Rights, RICO, TRESPASS, FRAUD, DOMESTIC TERRORISM, CRIMINAL CONSPIRACY, HARASSMENT, PERJURY, INTIMIDATION, SLANDER, fees, and expenses to Eric. RESPONDENTS agree to make full payment, at time and place designated by Eric.

**Total Offer.** Because of these numerous, various and sundry unlawful actions, infringements, of Eric's rights, privileges, liberties, and pursuit of happiness, and attacks on Eric's character, Eric sends this invoice to cure as a second good faith settlement for said RESPONDENTS' unlawful acts upon Eric Freeze for $7,787,885.00 (Seven Million Seven Hundred Eighty Seven Thousand Eight Hundred Eighty Five eight dollars) USD (in functional currency of the United States) for payment to Contract Collection Trust hereinafter, CCT, at time and place designated by Eric.

It is agreed that receipt of payment for this Total Offer, hold harmless Settlement absolves RESPONDENTS of any legal liability for any injuries or damages suffered by Eric. Total Offer amount reflects damages to Eric. This good faith settlement offer is only valid for the next 10 days from receipt of this AFFIDAVIT. RESPONDENTS shall pay in full Total Offer to Cure, within ten (10) days of receipt of AFFIDAVIT. Total Offer voids without notice of intent or full payment.

RESPONDENTS agreed by tacit assent and default of December 13th, 2021, Common Law AFFIDAVIT/DECLARATION OF TRUTH to pay the full amount of damages to Eric within 10 days of receipt of this AFFIDAVIT, with interest calculated at rate of 3.5 % (three and 1/2 percent) compounded per annum, prorated monthly starting December 13, 2021 on any and all unpaid damages to Eric.

## CORRESPONDENCE

6

Should RESPONDENTS elect to settle with payment of functional currency of the United States, Make Cashier's check payable to: Contract Collection Trust

Place of payment: P. O. Box 119, Burlington, WA 98233

Time of payment: Within 20 days of receipt of this AFFIDAVIT.

## Should this offer be rejected, BY RESPONDENTS:

- RESPONDENTs agree to any form of encumbrance, lien, garnishment, auction or action on and of all RESPONDENT'S bonds, property, and assets, required to satisfy Offer to Cure until the sum total damages and interest is collected by Eric from each RESPONDENT.

- RESPONDENTS agree that this contract is Notice of Consent to Judgement, and Lien of any personal property or surety and this consent supersedes any and all civil and or statute law for filing or leaning RESPONDENTS for damages against Eric in RESPONDENTS' private, civil and or public capacity.

- Of this presentment take due Notice and heed and govern yourself accordingly. This FINAL EXPRESSION IN A RECORD is intended as a complete and exclusive statement of the terms of the agreement between the parties.

## CONCLUSION

**Sufficient Lawful notification** has been provided to Skagit County Prosecutor, Rich Weyrich, Sheriff Don McDermott and all RESPONDENTS stating that RESPONDENTS must rebut these statements, charges and averments made in this AFFIDAVIT. Pursuant to this Notice, if RESPONDENTS disagree with anything stated in this AFFIDAVIT, they must rebut point by point with an affidavit given under Pain and Penalty of Perjury, within (10) ten days of receipt thereof. Any other reply not conforming to Section II of this AFFIDAVIT, regardless to subject matter is to be considered false and a nonreply to this AFFIDAVIT. RESPONDENTS shall Cease and Desist all unlawful actions against Eric.

An unrebutted affidavit stands as truth and fact before any court. Eric's constitutionally protected rights have been severely infringed because RESPONDENTS have willfully, knowingly, worked in concert, in a pattern and practice to unlawfully prevent Eric from pursuing Eric's constitutionally protected right to provide for himself. These rights have been severely curtailed because RESPONDENTS have unlawfully imposed unconstitutional demands whereupon RESPONDENTS have jointly agreed to infringe Eric's rights by FRAUD to the detriment of Eric. RESPONDENTS have violated Eric's rights

RESPONDENTS' failure to respond, as stipulated, is your tacit agreement with and admission to the fact that everything in this AFFIDAVIT is true, correct, legal, lawful,

Common Law AFFIDAVIT/DECLARATION OF TRUTH
3rd Notice of Constitutional Violations,
Notice to Cure, Notice to Cease and Desist

and is your irrevocable admission attesting to this, fully binding upon you in any court of law in America, without your protest, objection and that of those who represent you.

1. **The Definitions, meanings of all word(s), term(s), and phrase(s) as written in this document are to be defined only by** Eric or his representative, acting by Right of original common law jurisdiction. Any definitions or explanations must be requested in writing and will be answered in a timely manner. Requests for definitions shall not delay or extend the time given to respond to this AFFIDAVIT. Affiant further sayeth naught. All Rights Reserved,

Sworn Statement patterned per 28 U.S.C. 1746 (1):

"I declare under pain and penalty of perjury under the laws of the (organic) United States of America that the foregoing is true and correct. Executed on January 28, 2022.

With All Rights Reserved,

(Signature): Eric Freeze

Eric Freeze,
Affiant/Declarant, in propria persona
*UCC 1-308 without prejudice*

January 28, 2022
Date

8

Common Law AFFIDAVIT/DECLARATION OF TRUTH
2nd Notice of Constitutional Violations,
Notice to Cure, Notice to Cease and Desist

EXHIBIT H

## Common Law AFFIDAVIT/DECLARATION OF TRUTH
### Notice of Constitutional Violations, Notice to Cease and Desist
### ...WITHOUT DISHONOR
### Via Certified and 1st Class USPS Mail

Dated February 4, 2023
Eric Freeze, hereinafter, Claimant
Mail Address: P. O. Box 119
Burlington, within the organic County of Skagit
The State of Washington [98233]
The united States of America

SKAGIT CODE COMPLIANCE OFFICER
Sandra Perkins 70220410000082312101
1800 Continental Place
Mount Vernon WA 98273

Ann & Ronald FREEZE REVOCABLE
TRUST, hereinafter TRUST a legal fiction
entity,
11 Depot Rd,
Stratham, NH [03885],

    Jointly and severally to:

Elizabeth Gallaghar, a sentient woman,
11 Depot Rd,
Stratham, NH [03885]

County of Skagit
1800 Continental Pl
Mount Vernon WA 98273

Hereinafter, RESPONDENTS,
    I, Eric Freeze, a sentient man (non-legal fiction entity/person), hereinafter, Freeze, possessing God-given unalienable Rights makes this 'Common Law AFFIDAVIT/DECLARATION OF TRUTH Notice of Constitutional Violations, and Notice to Cease and Desist, hereinafter, AFFIDAVIT, declares under pain and penalty of perjury under the laws of the organic United States of America and of the organic State of Washington [not to be confused with any legal fiction/corporate/governmental entities] that I am of legal age and sound mind and hereby attests that the statements, averments and information contained in this AFFIDAVIT are true and correct to the best of my knowledge. Eric was born on Property outlined in NOTICE OF CERTAIN FACTS, 1.(PAGE 2.) hereinafter, Property. Freeze has had a valid contract with TRUST since 2008.

THROUGH SERIAL ACTS OF NEGLIGENCE, FRAUDULENT PRACTICES AND ACTIONS DONE WITH PURPOSE, MALICE, INTENT, WILLFULLY AND IN CONCERT BY THE FOLLOWING PUBLIC OFFICIALS AND PRIVATE INDIVIDUALS;
SANDRA PERKINS, DON MCDERMOTT, RICH WEYRICH, LISA JANICKI, PETER BROWNING, RON WESEN, ELIZABETH GALLAGHAR, and ANN & RONALD FREEZE REVOCABLE TRUST hereinafter, RESPONDENTS.

I.    This notice of Statement AFFIDAVIT is directed to: SANDRA PERKINS, DON MCDERMOTT, RICH WEYRICH, LISA JANICKI, PETER BROWNING, RON

1

WESEN, ELIZABETH GALLAGHAR, and ANN & RONALD FREEZE REVOCABLE TRUST. This AFFIDAVIT shall be considered sufficient lawful notice to the RESPONDENTS herein named. AFFIDAVIT is hereby made pursuant to original jurisdiction organic law and the united States Constitution, specifically, the Bill of Rights, in particular, Amendments I, IV, V, VI, VII, IX, X and XIV and The Washington State Constitution, in particular Article I, Sections I, II, III, IV, V, VI, VII, VIII, X, XI, XXVII, XXVIIII, XXX, XXXII and XXXV.

II.  RESPONDENTS sworn response given under pain and penalty of perjury, in affidavit form, specific to each and every point of the subject matter stated herein must be received within ten (10) days after RESPONDENTS' receipt of Freeze's AFFIDAVIT. Any other reply not conforming to Section II of this AFFIDAVIT, regardless to subject matter shall be considered false, fraudulent and a nonreply. RESPONDENTS failure to respond point by point and item by item to the facts presented in this sworn AFFIDAVIT, shall stipulate by virtue of tacit assent that RESPONDENTS accept statements as stated by Freeze as fact.

III.  This AFFIDAVIT/DECLARATION OF TRUTH, stating violation of laws for Infringement of Constitutionally secured Rights and Denial of Life, Liberty and the pursuit of Happiness of Freeze, in Common Law protected by the united States and Washington State Constitutions is directed to: SANDRA PERKINS, RICH WEYRICH, DON MCDERMOTT, 'FREEZE REVOCABLE TRUST', and ELIZABETH GALLAGHAR, hereinafter, RESPONDENTS,

IV.  NOTICE to all RESPONDENTS:
The following AFFIDAVIT and NOTICE OF DEFAULT is not intended to injure, defraud, coerce, threaten, to intimidate or to deceive, any insurer, one or all RESPONDENTS into compliance. Please answer to the Allegations according to your standing and to your truth under the "Flag of Peace".

V.  NOTICE to all RESPONDENTS:
RESPONDENTS agree by virtue of tacit assent that RESPONDENT Elizabeth Gallaghar and RESPONDENT FREEZE REVOCABLE TRUST have committed the following crimes that have infringed on Freeze's God-given rights: RACKETEERING (RICO), CRIMINAL CONSPIRACY, VIOLATION OF RIGHTS UNDER COLOR OF LAW, TITLE 18 U.S.C. 1038 - FALSE INFORMATION AND HOAXES, TITLE 18 U.S.C. 1001 - STATEMENTS OR ENTRIES GENERALLY, TITLE 18 U.S.C. SECTION 1512b - ENGAGES IN MISLEADING CONDUCT. TITLE 42 - U.S.C. SECTION 1983 - CIVIL RIGHTS ACTION FOR DEPRIVATION OF RIGHTS, TITLE 42 U.S.C. SECTION 1985 (3) - CONSPIRACY TO INTERFERE WITH CIVIL RIGHTS, TITLE 42 U.S.C. 2000A (A). CIVIL RIGHTS ACT OF 1871, 42 U.S.C. 1985, DISCRIMINATION, DEPRIVATION OF RIGHTS, ACTING UNDER COLOR OF ANY LAW, HARASSMENT, INTIMIDATION, COERCION, HUMAN RIGHTS VIOLATION, FRAUD AND FALSE STATEMENTS, CIVIL RIGHTS VIOLATION, EMBARASSMENT, hereinafter, CRIMES and punished Freeze without due process in absence of any actual crime against life, liberty, or property.

All the Previous affidavits are included as part of the whole of this document.

NOTICE OF CERTAIN FACTS:

Common Law AFFIDAVIT/DECLARATION OF TRUTH
2rd Notice of Constitutional Violations,
Notice to Cease and Desist

1. On or about December 2016 and May 2017 Sandra Perkins sent TRUST several compliance complaints which the claimant addressed with your employee.

2. On or about March 22, 2017, Freeze entered into an agreement with Skagit Code Compliance Office, hereinafter Agreement, to make property located at 4602 and 4606 Moen Rd, Concrete Washington hereinafter, Property compliant to Skagit code.

3. Since Skagit Code Compliance Agreement, was made several events beyond the control of Freeze have occurred. Weather, Skagit Code Compliance Office's failure to have officers to fulfill title requirements, Sheriff's inability to process abandoned vehicle titles quicker hereinafter, Events.

4. Freeze has made a timely and progressive effort to complete his part of the Agreement.

5. Freeze continues to this day to remove vehicles in a timely manner working with and around Events.

6. Freeze denies that he has failed to continue to fulfil his promise to become compliant mentioned in the Agreement.

7. RESPONDENTS Elizabeth Gallaghar and TRUST are in a civil dispute with Freeze over ownership of this property.

8. On or about November 15, 2021 RESPONDENTS worked in concert to trespass, acting in fraud, to deprive and infringe on Eric's 4th Amendment rights, to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated.

9. Furthermore, on or before November 15, 2021, Respondents did collude and work in concert to unlawfully Break and Enter, Vandalize and Burglarize, Eric's home for the specific purpose of committing fraud, theft, vandalism, to Burglarize, violate Eric's Constitutional rights, and damage to Eric's house and remove his possessions.

10. On, before or about November 15, 2021, In an attempt to force Eric from his home, RESPONDENTS colluded to intimidate, harass, libel, slander, coerce and embarrass Eric by changing the locks on Eric's house that he was born in, and lived in for 34 years, preventing Eric access to his home by domestic terrorism and criminal conspiracy.

11. On, before or about November 15, 2021 RESPONDENTS did conspire to commit Burglary, steal Eric's phone, damaging this valuable property, an heirloom of Eric's Dad and plot with aforethought of malice and intent did commit these crimes for profit.

12. When the sheriff Don McDermott or Prosecuting attorney Rich Weyrich failed to file a criminal report or arrest the known criminal I am forced to alert you elected officials that crimes have been committed in Skagit county.

13. On or about December 13, 2021, Freeze filed a Lis Pendens, 202112130090, on all Property. As stated in this Common Law Lis Pendens, all words, terms, and phrases as written in this document are to be clarified and defined only by Freeze or his representative.

14. On or about January last year you were sent an Affidavit of Truth, via Certified Mail, 70203160000172334274, you are in default. You have also failed to report these crimes as specified, 18 U.S. Code § 4. As an official, your negligence has damaged me.

15. Your attempts to now remove any of my property from this Property without my approval is theft and I will suit. Cease and desist all unlawful actions against me.

**Qualified Statement of Fact;** this Lis Pendens, Skagit County Auditor record number 202112130090, is filed on all real estate, all buildings, all equipment, all contents, all merchandise, all vehicles and any items above or below the land. See: Notice is given… the meaning of all words, terms, and phrases are to be clarified and defined only by Eric Freeze… page 5.

Common Law AFFIDAVIT/DECLARATION OF TRUTH
2rd Notice of Constitutional Violations,
Notice to Cease and Desist

**Sufficient Lawful notification** has been provided to RESPONDENTS Skagit County Sheriff, DON MCDERMOTT, Skagit County Prosecutor, RICH WEYRICH, SANDRA PERKINS, SKAGIT CODE COMPLIANCE, LISA JANICKI, PETER BROWNING, RON WESEN, stating that RESPONDENTS must rebut the statements, charges and averments made in this AFFIDAVIT Pursuant to this Notice. Should anyone other than Freeze attempt to remove any item from Property, Freeze will press criminal charges against the perpetrator(s) for theft, unlawful criminal trespass, possession of stolen property, Violation of Oath of OFFICE, RACKETEERING (RICO), CRIMINAL CONSPIRACY, VIOLATION OF RIGHTS UNDER COLOR OF LAW, HARASSMENT, INTIMIDATION, and COERCION. If RESPONDENTS disagree with anything stated in this AFFIDAVIT, they must rebut point by point, all statements of fact stated herein with an Affidavit given under Pain and Penalty of Perjury, within (10) ten business days of receipt thereof. Any other reply, partial or complete not conforming to Section II of this affidavit, regardless of subject matter is to be considered false and a nonreply. An unrebutted affidavit stands as truth and fact before any court.

1. Freeze demands RESPONDENTS to immediately cease and desist their unlawful CRIMES, actions, discriminations, threats, harassment and deprivation of Freeze's rights and privileges.
2. Total Offer voids without notice of intent or full payment.
3. As a result of nonresponse by RESPONDENTS to this AFFIDAVIT, RESPONDENTS agree that any enjoinment of third parties by RESPONDENTS or unsolicited volunteers not presently listed as a RESPONDENT in this AFFIDAVIT, will immediately be included in this matter as co-conspirators, liable for the full amount of cure and be responsible for all affidavits prior, current and future presented to RESPONDENTS.

OFFER TO CURE

Cease and desist unlawful actions immediately.
Because of these numerous, various and sundry unlawful actions, infringements, of Eric's rights, privileges, liberties, and pursuit of happiness, and attacks on Eric's character, Eric sends this invoice settlement as a third good faith settlement for said RESPONDENTS' unlawful acts upon Eric Freeze for $7,787,885.00 (Seven Million Seven Hundred Eighty Seven Thousand Eight Hundred Eighty Five eight dollars) USD, hereinafter, Settlement, (in cryptocurrency or functional currency of the United States) for payment to Contract Collection Trust hereinafter, CCT, at time and place designated by Eric.

**IF** Total Offer is not exercised BY RESPONDENTS:

- RESPONDENTS agree to any jurisdictional venue, any estoppel, any form of encumbrance, lien, garnishment, auction or action on all RESPONDENT'S bonds, property, and assets that Freeze chooses, required to satisfy Offer to Cure until the sum Total Offer of settlement damages, penalties and interest, hereinafter, DAMAGES are collected by Freeze from each RESPONDENT. Should this MATTER go to court, RESPONDENTS agree to pay court costs, any cost to negotiate and allow and pay Freeze's assistance of counsel.

- RESPONDENTS agree to pay a common law contract penalty of $1000.00 (one thousand dollars in functional currency of the United States) a day until Total Offer is paid in full, from the date of original Notice of harassment, on or about November 15, 2021.

- RESPONDENTS agree that this contract is Notice of Consent to Judgement, and Lien of any personal property or surety.

- RESPONDENTS agree this consent supersedes any and all civil and or statute law for filing or leaning of RESPONDENTS for damages against Freeze in RESPONDENTS' private, civil and or public capacity. Negotiations in the Shadow of the Law will be accepted by RESPONDENTS.

- Of this presentment take due Notice and heed and govern yourself accordingly. This FINAL EXPRESSION IN A RECORD is intended as a complete and exclusive statement of the terms of the agreement between the parties.

- ALL RESPONDENTS AGREE to pay DAMAGES to Freeze if this Settlement OFFER is ignored. DAMAGES yet to be calculated to Freeze are due and payable within 10 days. Any unpaid balance will accrue with interest calculated at rate of 5 % (Five percent) interest compounded per annum, pro-rated monthly from the date of original Notice of harassment, on or about November 15, 2021.

### DEFINITIONS OF WORDS, TERMS, AND PHRASES:

The meanings of all word(s), term(s), and phrase(s) as written in this document are to be defined only by Freeze or his representative, a flesh and blood/sentient man and woman and non-legal fiction entities acting by right of original common law jurisdiction.

It is agreed that receipt of payment for this hold harmless Settlement absolves RESPONDENTS of any legal liability for any injuries or damage suffered by Freeze. **Settlement amount does not reflect total damages to Freeze.**

Affiant further sayeth naught. All Rights Reserved,

Sworn Statement patterned per 28 U.S.C. 1746 (1):

"I declare under pain and penalty of perjury under the laws of the (organic) United States of America that the foregoing is true and correct. Executed on January 4, 2023.

With All Rights Reserved,

(Signature): _Eric Frege_

Eric Freeze,
Affiant/Declarant, in propria persona

Date 1/4/2023

Common Law AFFIDAVIT/DECLARATION
OF TRUTH
2rd Notice of Constitutional Violations,
Notice to Cease and Desist

5

EXHIBIT 9 

# Common Law AFFIDAVIT/DECLARATION OF TRUTH
## 3rd Notice of Constitutional Violations,
## Notice to Cure, Notice to Cease and Desist

**Jointly and Severally to:**

Elizabeth Gallaghar, non-legal fiction person
11 Depot Rd,
Stratham, NH [03885],
70203160000172332959
Bret Sachter, non-legal fiction person
5413 Meridian Ave. N., Ste. A,
Seattle WA, [98103]
70203160000172332898
Paul W. Taylor, non-legal fiction person
20388 Eric St.,
Mount Vernon, WA, [98274]
70203160000172332904
FREEZE REVOCABLE TRUST, a legal
fiction entity, hereinafter, 'TRUST,'
11 Depot Rd,
Stratham, NH [03885],
70203160000172332911
Jose Acuna, non-legal fiction person

7906 Renic Dr,
Sedro Woolley WA [98284]
70203160000172332928
ACUNA CEDAR PRODUCTS, INC.
(non-legal fiction person)
7906 Renic Dr,
Sedro Woolley, WA 98284
70203160000172333635
Don McDermott, non-legal fiction person
600 S 3rd St #100,
Mt Vernon, WA [98273]
70203160000172332010
Rich Weyrich, non-legal fiction person
Courthouse Annex
605 S. Third
Mount Vernon, WA [98273]
70203160000172332935

Hereinafter, RESPONDENTS.

Sent Via Certified Returned Receipt and USPS 1st Class Mail

I, Eric Freeze, a lawful man on the land, a sentient man (non-legal fiction entity/person), hereinafter, Eric, possessing God-given unalienable Rights makes this 'Common Law AFFIDAVIT/DECLARATION OF TRUTH Notice of Constitutional Violations, and Notice to Cure, Notice to Cease and Desist', hereinafter, AFFIDAVIT, declares under pain and penalty of perjury under the laws of the organic united States of America and of the organic State of Washington [not to be confused with any legal fiction/corporate/governmental entities] that I am of legal age and sound mind and hereby attests that the statements, averments and information contained in this AFFIDAVIT are true and correct. Eric was born on Property outlined in Exhibit A, hereinafter, Property. Eric has had a valid contract with TRUST since 2008.

    I.    This Affidavit/Declaration of Truth shall be considered sufficient lawful notice to the parties herein named. Said affidavit is hereby made pursuant to Original Jurisdiction Organic Law and the United States Constitution, specifically, the Bill of Rights, in particular, Amendments I, IV, V, VI, VII, IX, X and XIV and The

1

Common Law AFFIDAVIT/DECLARATION OF TRUTH
3rd Notice of Constitutional Violations,
Notice to Cure, Notice to Cease and Desist

Washington State Constitution, in particular Article 1, Sections 1, 2, 3, 4, 5, 6, 7, 8, 10, 11, 27, 29, 30, 32 and 35. Article 9 section 1 - Education Preamble, Article 9 section 4 - Sectarian control of influence prohibited.

II.  RESPONDENTS sworn response given under pain and penalty of perjury specific to each and every point of the subject matter stated herein must be received within (10) ten days after RESPONDENTS receipt of Ewing's affidavit. Any other reply not conforming to Section II, regardless to subject matter is to be considered false and a nonreply. RESPONDENTS failure to respond point by point and item by item to the facts presented in this Affidavit/Declaration, shall stipulate by virtue of tacit assent that RESPONDENTS accept statements as stated by Ewing as fact.

III. This AFFIDAVIT for Infringement of Constitutionally secured Rights and Denial of Life, Liberty and the pursuit of Happiness in Common Law protected by the united States and Washington State Constitutions is directed to:

'FREEZE REVOCABLE TRUST', Elizabeth Gallaghar, Bret Sachter, Paul W. Taylor, Jose Acuna, ACUNA CEDAR PRODUCTS, INC, Don McDermott, and Rich Weyrich.

IV. NOTICE to all DEBTORS and or RESPONDENTS:
The following AFFIDAVIT and NOTICE OF DEFAULT is not intended to injure, defraud, coerce, threaten, to intimidate or to deceive, any insurer, one or all the Debtors into compliance. Please answer to the Allegations according to your standing and to your truth under the "Flag of Peace".

V.  NOTICE to all DEBTORS and or RESPONDENTS:
RESPONDENTS agree by virtue of tacit assent that RESPONDENTS have committed the following crimes that have infringed on Eric's God-given rights: DISCRIMINATION, DEPRIVATION OF RIGHTS, RACKETEERING (RICO), ACTING UNDER COLOR OF ANY LAW, DERILICTION of DUTY, VIOLATION OF OATH of OFFICE, MASQUERADING AS PUBLIC OFFICIALS, HARASSMENT, PERJURY, INTIMIDATION, DOMESTIC TERRORISM, SUBORNATION OF PERJURY, COERCION, HUMAN RIGHTS VIOLATION, FRAUD AND FALSE STATEMENTS, CIVIL RIGHTS VIOLATION, MALFEASANCE OF OFFICE, MISPRISION OF FELONY, OFFICIAL MISCONDUCT, CRIMINAL CONSPIRACY, SEDITION AND INSURRECTION, BAD FAITH CLAIMS, EMBARASSMENT, HUMILIATION, LIBEL and SLANDER hereinafter, CRIMES and punished Eric without due process in absence of any actual crime against life, liberty, or property.

1. All RESPONDENTS are in default of Common Law AFFIDAVIT /DECLARATION OF TRUTH Notice of Constitutional Violations, Notice to Cure, Notice to Cease and Desist, hereinafter, Affidavit 22, dated December 13, 2021, and agree that RESPONDENTS failed to answer, respond or comply with section II. Of Affidavit 22.

2. On or about January 15, 2022, All RESPONDENTS received Common Law AFFIDAVIT/DECLARATION OF TRUTH  Notice of Constitutional Violations, Notice to Cure, Notice to Cease and Desist, hereinafter, Affidavit 33, dated January 5, 2022.

3. **All RESPONDENTS** are in default of Affidavit 33, and agree that RESPONDENTS failed to answer, respond or comply with section II. of Affidavit 33.

4. All RESPONDENTS agreed by tacit consent that Eric's Common Law AFFIDAVITs/ DECLARATION OF TRUTH received by RESPONDENTS on or after December14th, 2021 are truthful and correct.

5. On or about November 29th, 1986, Ronald L. Freeze and Ann G. Freeze appointed Peter G. Freeze of Concrete Washington as their true and lawful attorney and granted Peter G. Freeze GENERAL POWER OF ATTORNEY in relation to the property located at 4602 and 4606 Moen Rd, Concrete Washington hereinafter, Property.

6. On or before November 2021, Peter G. Freeze bequeathed said Property to Eric Freeze.

7. On or about November 15, 2021, Eric arrived home to find his home vandalized, broken into and the door locks completely changed.

8. On or about or after November 16, 2021, Eric notified the Skagit County Sheriff that his home had been broken into, vandalized, and theft had occurred, and the door locks removed and changed to new locks of which Eric was not given keys.

9. On or about or after November 16, 2021, Skagit County Deputy Sheriff Mullen told Eric that the perpetrator of the crimes committed against him was Jose Acuna, and that Skagit County Deputy Sheriff Mullen talked with Elizabeth Gallaghar, who verified that she hired Jose Acuna to break and enter Eric's home and change the locks, and if Eric needed any personal items from the home, he could get the key from Jose Acuna.

Common Law AFFIDAVIT/DECLARATION OF TRUTH
3rd Notice of Constitutional Violations,
Notice to Cure, Notice to Cease and Desist

10. All previous affidavits are included as part of the whole of this document. Via Registered, Certified, return Receipt, or USPS Mail, 70203160000172352027, 70203160000025999704, 70203160000025999698, 70203160000172332041, 70202450000226906689, 70202450000226906696, 70203160000172332034

11. On or after December 16, 2021, acting Sheriff Don McDermott is in dereliction of his duty and violated his oath of Office for:
    a. becoming complicit by working in concert with RESPONDENTS as CRIMES continued and
    b. failing to arrest Jose Acuna for trespass, breaking and entering and theft
    c. for failing to investigate, act upon or report Federal CRIMES to a superior authority or report said CRIMES to a Superior Court Judge.
    d. Misprison of Felony
    e. Disregarding Eric's report of vandalism, theft and trespass
    f. All CRIMES

12. On or after December 16, 2021, acting Prosecuting Attorney Rich Weyrich is in dereliction of his duty and violated his oath of Office for:
    a. becoming complicit by working in concert with RESPONDENTS as CRIMES continued and
    b. failing to indict Elizabeth Gallaghar for conspiracy to hire for criminal conspiracy,
    c. failing to indict Jose Acuna for trespass, breaking and entering, theft, violation of Eric's 4th Amendment Rights, Fraud and vandalism.
    d. for failing to investigate, act upon or report Federal CRIMES to a superior authority or report said CRIMES to a Superior Court Judge
    e. Misprison of Felony
    f. All CRIMES

13. In regard to all actions to remove Eric from Property, undertaken by RESPONDENTS, Eric denies the RESPONDENTS' statement that Eric was allowed due process, or was allowed a lawful timely manner to respond.

14. Eric states that every correspondence from RESPONDENTS was answered in a lawful timely manner.

15. Eric rebuts and disagrees with every claim RESPONDENTS has made against him as false statements. The RESPONDENTS have declared False Claims.

16. RESPONDENTS agree that Eric has responded to every correspondence in a lawful timely manner.

4                                          Common Law AFFIDAVIT/DECLARATION OF TRUTH
                                              3rd Notice of Constitutional Violations,
                                           Notice to Cure, Notice to Cease and Desist

17. On or about December 13, 2021, Eric filed a Lis Pendens, 202112130090, on all Property. As stated in this Common Law Lis Pendens, all words, terms, and phrases as written in this document are to be clarified and defined only by Eric or his representative.

Statement of Fact; this Lis Pendens, Skagit County Auditor record number 202112130090, is filed on all real estate, all buildings, all equipment, all contents and all merchandise. See **LAWFUL NOTICE page 6.**

18. Due to the RESPONDENTS' unlawful actions Eric intends to lien the Property in question for $740,876.00 for Eric's, claims, interest and work performed. TRUST and or RESPONDENTS have violated contract with Eric.

19. RESPONDENTS rejected Eric's 1st good faith offer to cure in the original Affidavit dated December 13, 2021, and sent to RESPONDENTS, but agreed by tacit assent, " If this reduced offer is not accepted, **RESPONDENTS agrees the full damage is due and payable to Eric. Settlement amount does not reflect total damages to Eric."**

20. RESPONDENTS rejected Eric's 2nd good faith offer in Affidavit 22 dated January 5, 2022, for $2,222,628.99 in functional currency of the United States.

21. Therefore, RESPONDENTS shall pay Total Damages to Eric as agreed in Item 17 of this AFFIDAVIT copied from original Affidavit dated December 13, 2021.

Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the united States, or to different punishments, pains, or penalties, on account of such person being an alien, or by reason of his color, or race, than are prescribed for the punishment of citizens, shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years, or both.

As a result of nonresponse by RESPONDENTS to this AFFIDAVIT, RESPONDENTS agree that any enjoinment of third parties by RESPONDENTS or unsolicited volunteers not presently listed as a RESPONDENT in this AFFIDAVIT, will immediately be included in this matter as co-conspirators, liable for the full amount of cure and be responsible for all affidavits prior, current and future presented to RESPONDENTS.

## LAWFUL NOTICE

**Sufficient Lawful notification** has been provided to Skagit County Sheriff, Don McDermott, Skagit County Prosecutor, Rich Weyrich and RESPONDENTS. ANY ATTEMPT TO TRESPASS, REMOVE, SMUGGLE, DAMAGE, DESTROY, STEAL or CONSPIRE TO DEPRIVE Eric of the items outlined but not limited to those in item 17, **Statement of Fact;** will have the charges of TRESPASS, THEFT, POSSESSION OF STOLEN PROPERTY, RACKETEERING, and all CRIMES previously listed, filed against them.

## OFFER TO CURE

Eric makes this good faith 10 (ten) day Total Offer to Cure.

Therefore, Eric submits this invoice for, but not limited to; ACTING UNDER COLOR OF LAW, failure to Cease and Desist unlawful actions, violation of Eric's 4th Amendment Rights, RICO, TRESPASS, FRAUD, DOMESTIC TERRORISM, CRIMINAL CONSPIRACY, HARASSMENT, PERJURY, INTIMIDATION, SLANDER, fees, and expenses to Eric. RESPONDENTS agree to make full payment, at time and place designated by Eric.

**Total Offer.** Because of these numerous, various and sundry unlawful actions, infringements, of Eric's rights, privileges, liberties, and pursuit of happiness, and attacks on Eric's character, Eric sends this invoice to cure as a second good faith settlement for said RESPONDENTS' unlawful acts upon Eric Freeze for $7,787,885.00 (Seven Million Seven Hundred Eighty Seven Thousand Eight Hundred Eighty Five eight dollars) USD (in functional currency of the United States) for payment to Contract Collection Trust hereinafter, CCT, at time and place designated by Eric.

It is agreed that receipt of payment for this Total Offer, hold harmless Settlement absolves RESPONDENTS of any legal liability for any injuries or damages suffered by Eric. Total Offer amount reflects damages to Eric. This good faith settlement offer is only valid for the next 10 days from receipt of this AFFIDAVIT. RESPONDENTS shall pay in full Total Offer to Cure, within ten (10) days of receipt of AFFIDAVIT. Total Offer voids without notice of intent or full payment.

RESPONDENTS agreed by tacit assent and default of December 13th, 2021, Common Law AFFIDAVIT/DECLARATION OF TRUTH to pay the full amount of damages to Eric within 10 days of receipt of this AFFIDAVIT, with interest calculated at rate of 3.5 % (three and 1/2 percent) compounded per annum, prorated monthly starting December 13, 2021 on any and all unpaid damages to Eric.

## CORRESPONDENCE

6

Should RESPONDENTS elect to settle with payment of functional currency of the United States, Make Cashier's check payable to: Contract Collection Trust
Place of payment: P. O. Box 119, Burlington, WA 98233
Time of payment: Within 20 days of receipt of this AFFIDAVIT.

### Should this offer be rejected, BY RESPONDENTS:

- RESPONDENTs agree to any form of encumbrance, lien, garnishment, auction or action on and of all RESPONDENT'S bonds, property, and assets, required to satisfy Offer to Cure until the sum total damages and interest is collected by Eric from each RESPONDENT.

- RESPONDENTS agree that this contract is Notice of Consent to Judgement, and Lien of any personal property or surety and this consent supersedes any and all civil and or statute law for filing or leaning RESPONDENTS for damages against Eric in RESPONDENTS' private, civil and or public capacity.

- Of this presentment take due Notice and heed and govern yourself accordingly. This FINAL EXPRESSION IN A RECORD is intended as a complete and exclusive statement of the terms of the agreement between the parties.

## CONCLUSION

Sufficient Lawful notification has been provided to Skagit County Prosecutor, Rich Weyrich, Sheriff Don McDermott and all RESPONDENTS stating that RESPONDENTS must rebut these statements, charges and averments made in this AFFIDAVIT. Pursuant to this Notice, if RESPONDENTS disagree with anything stated in this AFFIDAVIT, they must rebut point by point with an affidavit given under Pain and Penalty of Perjury, within (10) ten days of receipt thereof. Any other reply not conforming to Section II of this AFFIDAVIT, regardless to subject matter is to be considered false and a nonreply to this AFFIDAVIT. RESPONDENTS shall Cease and Desist all unlawful actions against Eric.

An unrebutted affidavit stands as truth and fact before any court. Eric's constitutionally protected rights have been severely infringed because RESPONDENTS have willfully, knowingly, worked in concert, in a pattern and practice to unlawfully prevent Eric from pursuing Eric's constitutionally protected right to provide for himself. These rights have been severely curtailed because RESPONDENTS have unlawfully imposed unconstitutional demands whereupon RESPONDENTS have jointly agreed to infringe Eric's rights by FRAUD to the detriment of Eric. RESPONDENTS have violated Eric's rights

RESPONDENTS' failure to respond, as stipulated, is your tacit agreement with and admission to the fact that everything in this AFFIDAVIT is true, correct, legal, lawful,

and is your irrevocable admission attesting to this, fully binding upon you in any court of law in America, without your protest, objection and that of those who represent you.

1. **The Definitions, meanings of all word(s), term(s), and phrase(s) as written in this document are to be defined only by Eric or his representative,** acting by Right of original common law jurisdiction. Any definitions or explanations must be requested in writing and will be answered in a timely manner. Requests for definitions shall not delay or extend the time given to respond to this AFFIDAVIT. Affiant further sayeth naught. All Rights Reserved,

Sworn Statement patterned per 28 U.S.C. 1746 (1):
    "I declare under pain and penalty of perjury under the laws of the (organic) United States of America that the foregoing is true and correct. Executed on January 28, 2022.

With All Rights Reserved,

(Signature): _Eric Aveage_

Eric Froese,
Affiant/Declarant, in propria persona
UCC 1-308 *without prejudice*

_January 28, 2022_
Date

Common Law AFFIDAVIT/DECLARATION OF TRUTH
2nd Notice of Constitutional Violations,
Notice to Cure, Notice to Cease and Desist

# Common Law AFFIDAVIT/DECLARATION OF TRUTH
## Notice of Constitutional Violations,
## Notice to Cure, Notice to Cease and Desist

FREEZE REVOCABLE TRUST, a legal
fiction entity, hereinafter, TRUST,

**Jointly and Severally to:**

Elizabeth Gallaghat, a sentient woman,
11 Depot Rd.,
Stratham, NH [03885],

Bret Sachter, a sentient man,
5413 Meridian Ave. N., Ste. A,
Seattle WA, [98103]

Paul W. Taylor, a sentient man,
20388 Eric St.,
Mount Vernon, WA, [98274]

Jose Acuna, a sentient man,
7906 Renic Dr.
Sedro Woolley WA [98284]

Don McDermott (non-legal fiction person)
600 S 3rd St #100,
Mt Vernon, WA [98273]

Hereinafter, RESPONDENTS.

Via Registered, Certified, return Receipt, or USPS Mail, 70231600001723320227, 70231600002599704,
70231600002599698, 70231600001723320241, 70202450000226906689, 70202450000226906696,

TO: Rich Weyrich
Courthouse Annex
605 S. Third
Mount Vernon, WA [98273]
Via Certified Mail 70202316000017233202034

I, Eric Freeze, a sentient man (non-legal fiction entry/person), hereinafter, Eric, possessing
God-given unalienable Rights makes this 'Common Law AFFIDAVIT/DECLARATION
OF TRUTH Notice of Constitutional Violations, and Notice to Cure, Notice to Cease and
Desist, hereinafter, AFFIDAVIT, declares under penalty of perjury under the laws
of the organic united States of America and of the organic State of Washington [not to be
confused with any legal fiction/corporate/governmental entities] that I am of legal age and
sound mind and hereby attests that the statements, averments and information contained in
this AFFIDAVIT are true and correct. Eric was born on Property outlined in Exhibit A,
hereinafter, Property. Eric has had a valid contract with TRUST since 2008.

This AFFIDAVIT for Infringement of Constitutionally secured Rights and Denial of Life,
Liberty and the pursuit of Happiness in Common Law protected by the united States and
Washington State Constitutions is directed Jointly and Severally to FREEZE REVOCABLE
TRUST', Elizabeth Gallaghat, Bret Sachter, Paul W. Taylor, Jose Acuna, and Don

Ex.7:67 B

McDermott, hereinafter, RESPONDENTS, by virtue of the Constitutionally secured Right to Redress of Grievance in original Organic Common Law Jurisdiction as is the Right of all beneficiaries of the Organic Laws of the united States of America.

I.     This AFFIDAVIT shall be considered sufficient lawful notice to the parties, ALL RESPONDENTS, herein named. Said AFFIDAVIT is hereby made pursuant to Original Jurisdiction Organic Law and the united States Constitution, specifically, the Bill of Rights, in particular, Amendments I, IV, V, VI, VII, IX, X and XIV and The Washington State Constitution, in particular Article 1, Sections 1, 2, 3, 4, 5, 6, 7, 8, 10, 11, 27, 29, 30, 32 and 35. Article 9 section 1 - Education Preamble, Article 9 section 4 - Sectarian control of influence prohibited.

II.

       RESPONDENTS sworn response given under pain and penalty of perjury specific to each and every point of the subject matter stated herein must be received within (10) ten days after RESPONDENTS' receipt of Eric's AFFIDAVIT. Any other reply not conforming to this Section II, regardless to subject matter is to be considered false and a nonreply. RESPONDENTS failure to respond point by point and item by item to the facts presented in this AFFIDAVIT, shall stipulate by virtue of tacit assent that RESPONDENTS accept statements as stated by Eric as fact.

1. **All RESPONDENTS are in default of December 13 and or 14, 2021** Common Law AFFIDAVIT/DECLARATION OF TRUTH, and agree that RESPONDENTS failed to answer, respond or comply with section II. Of Affidavit.

2. All RESPONDENTS agreed by tacit consent that the Common Law AFFIDAVIT/ DECLARATION OF TRUTH received by RESPONDENTS on or after December14th, 2021 was truthful and correct.

3. On or about November 29th, 1986, Ronald L. Freeze and Ann G. Freeze appointed Peter G. Freeze of Concrete Washington as their true and lawful attorney and granted Peter G. Freeze GENERAL POWER OF ATTORNEY in relation to the property located at 4602 and 4606 Moen Rd, Concrete Washington hereinafter, Property.

4. On or before November 2021, Peter G. Freeze bequeathed said Property to Eric Freeze.

5. All previous affidavits are included as part of the whole of this document.

Common Law AFFIDAVIT/DECLARATION OF TRUTH
                                                        2nd Notice of Constitutional Violations,
                                                        Notice to Cure, Notice to Cease and Desist

6. On or after December 16, 2021, acting Sheriff Don McDermott was in dereliction of his duty and violated his oath of Office becoming complicit by working in concert with RESPONDENTS as crimes continued and for failing to investigate, act upon or report Federal crimes to a superior authority or report said crimes to a Superior Court Judge.

7. In regard to all actions to remove Eric from Property, undertaken by RESPONDENTS, Eric denies the RESPONDENTS' statement that Eric was allowed due process, or was allowed a lawful timely manner to respond.

8. Eric states that every correspondence from RESPONDENTS was answered in a lawful timely manner.

9. Eric rebuts and disagrees with every claim RESPONDENTS has made against him as false statements. The RESPONDENTS have declared False Claims.

10. RESPONDENTS agree that Eric has responded to every correspondence in a lawful timely manner.

11. Due to the RESPONDENTS' unlawful actions Eric intends to lien the Property in question for $740,876.00 for Eric's, claims, interest and work performed. TRUST and or RESPONDENTS have violated contract with Eric.

Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the united States, or to different punishments, pains, or penalties, on account of such person being an alien, or by reason of his color, or race, than are prescribed for the punishment of citizens, shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years, or both.

As a result of nonresponse by RESPONDENTS to this AFFIDAVIT, RESPONDENTS agree that any enjoinment of third parties by RESPONDENTS or unsolicited volunteers not presently listed as a RESPONDENT in this AFFIDAVIT, will immediately be included in this matter as co-conspirators, liable for the full amount of cure and be responsible for all affidavits prior, current and future presented to RESPONDENTS.

## LAWFUL NOTICE

Common Law AFFIDAVIT/DECLARATION OF TRUTH
2nd Notice of Constitutional Violations,
Notice to Cure, Notice to Cease and Desist

**Sufficient Lawful notification** has been provided to Skagit County Prosecutor, Rich Weyrich and RESPONDENTS, stating that RESPONDENTS must rebut these statements, charges and averments made in this AFFIDAVIT. RESPONDENTS shall Cease and Desist all unlawful actions against Eric. If RESPONDENTS fail to respond as per Section II of AFFIDAVIT, then, RESPONDENTS tacitly agree with all AFFIDAVIT statements and admit to them. Pursuant to this lawful notification, if you disagree with anything stated under oath in this AFFIDAVIT, then rebut to Eric that with which you disagree, with particularity, within  (10) ten days of receipt thereof, by means of your own written, notarized affidavit of truth, based on specific, true, relevant fact and valid law to support your disagreement, attesting to your rebuttal and supportive positions, as valid and lawful, under the pains and penalties of perjury under the laws of the united States of America and this state of Washington. An unrebutted affidavit stands as truth and fact before any court. Your failure to respond, as stipulated, is your tacit agreement with and admission to the fact that everything in this AFFIDAVIT is true, correct, legal, lawful, and is your irrevocable admission attesting to this, fully binding upon you in any court of law in America, without your protest, objection and that of those who represent you.

## OFFER TO CURE

RESPONDENTS rejected Eric's 1st good faith offer to cure and agreed by tacit assent to pay the **FULL DAMAGES** due and payable to Eric. Eric makes a second Offer to Cure.

Therefore, Eric submits this invoice for, but not limited to; ACTING UNDER COLOR OF LAW, failure to Cease and Desist unlawful actions, violation of Eric's 4th Amendment Rights, RICO, TRESPASS, FRAUD, DOMESTIC TERRORISM, CRIMINAL CONSPIRACY, HARASSMENT, PERJURY, INTIMIDATION, SLANDER, fees, and expenses to Eric. RESPONDENTS agree to make full payment, at time and place designated by Eric.

**Offer #2.** Because of these numerous, various and sundry unlawful actions, infringements, of Eric's rights, privileges, liberties, and pursuit of happiness, and attacks on Eric's character, Eric sends this invoice to cure as a second good faith settlement for said RESPONDENTS' unlawful acts upon Eric Freeze for $2,222,628.99 in functional currency of the United States) (Two million two hundred twenty-two thousand six hundred twenty eight dollars and ninety nine cents) USD (U.S. real money dollars) for payment to Contract Collection Trust hereinafter, CCT, at time and place designated by Eric.

It is agreed that receipt of payment for this Offer #2, hold harmless Settlement absolves RESPONDENTS of any legal liability for any injuries or damages suffered by Eric. Settlement amount reflects damages to Eric. This second, good faith settlement offer is only valid for the next 20 days from receipt of this AFFIDAVIT. RESPONDENTS shall pay in full or notify CCT via Affidavit of intent to exercise Offer to Cure, Option

#2 within ten (10) days of receipt of **AFFIDAVIT. O**ffer voids without notice of intent or full payment.

RESPONDENTS agreed by tacit assent and default of December Common Law AFFIDAVIT/DECLARATION OF TRUTH to pay the full amount of damages to Eric within 20 days of receipt of this AFFIDAVIT, with interest calculated at rate of 3.5 % (three and 1/2 percent) compounded per annum, prorated monthly starting December 13, 2021.

## CORRESPONDENCE

Should RESPONDENTS elect to settle with payment of functional currency of the United States, Make Cashiers check payable to: Contract Collection Trust
Place of payment: P. O. Box 119, Burlington, WA 98233
Time of payment: Within 20 days of receipt of this AFFIDAVIT.

### Should this offer be rejected, BY RESPONDENTS:

- RESPONDENTs agree to any form of encumbrance, lien, garnishment, auction or action on and of all RESPONDENT'S bonds, property, and assets, required to satisfy Offer to Cure until the sum total and interest is collected by Eric from each RESPONDENT.
- RESPONDENTS agree that this contract is Notice of Consent to Judgement, and Lien of any personal property or surety and this consent supersedes any and all civil and or statute law for filing or leaning RESPONDENTS for damages against Eric in RESPONDENTS' private, civil and or public capacity.
- Of this presentment take due Notice and heed and govern yourself accordingly. This FINAL EXPRESSION IN A RECORD is intended as a complete and exclusive statement of the terms of the agreement between the parties.

## CONCLUSION

**Sufficient Lawful notification** has been provided to Skagit County Prosecutor, Rich Weyrich and all RESPONDENTS stating that RESPONDENTS must rebut these statements, charges and averments made in this AFFIDAVIT. Pursuant to this Notice, if RESPONDENTS disagree with anything stated in this AFFIDAVIT, they must rebut point by point with an affidavit given under Pain and Penalty of Perjury, within (10) ten days of receipt thereof. Any other reply not conforming to Section II of this AFFIDAVIT, regardless to subject matter is to be considered false and a nonreply to this AFFIDAVIT. An unrebutted affidavit stands as truth and fact before any court. Eric's constitutionally protected rights have been severely infringed because RESPONDENTS have willfully, knowingly, worked in concert, in a pattern

5                                    Common Law AFFIDAVIT/DECLARATION OF TRUTH
                                     2nd Notice of Constitutional Violations,
                                     Notice to Cure, Notice to Cease and Desist

and is your irrevocable admission attesting to this, fully binding upon you in any court of law in America, without your protest, objection and that of those who represent you.

1. **The Definitions, meanings of all word(s), term(s), and phrase(s) as written in this document are to be defined only by** Eric or his representative, acting by Right of original common law jurisdiction. Any definitions or explanations must be requested in writing and will be answered in a timely manner. Requests for definitions shall not delay or extend the time given to respond to this AFFIDAVIT. Affiant further sayeth naught. All Rights Reserved,

Sworn Statement patterned per 28 U.S.C. 1746 (1):
   "I declare under pain and penalty of perjury under the laws of the (organic) United States of America that the foregoing is true and correct. Executed on January 05, 2022.

With All Rights Reserved,

(Signature): _Eric Freeze_

Eric Freeze,
Affiant/Declarant, in propria persona
*UCC 1-308 without prejudice*

6/30/2022

6                                        Common Law AFFIDAVIT/DECLARATION OF TRUTH
                                         2nd Notice of Constitutional Violations,
                                         Notice to Cure, Notice to Cease and Desist