UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ERIC STEPHEN FREEZE, | CASE NO. C23-1135JLR |
| Plaintiff, | MINUTE ORDER |
| v. | |
| ELIZABETH E. GALLAGHER, et al., | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

On March 7, 2024, the court issued an order directing the parties to show cause by March 21, 2024, why this action should not be dismissed for failure to comply with the court's order regarding initial disclosures, joint status report, and early settlement. (OSC (Dkt. # 29); *see* 1/8/24 Order (Dkt. # 17).) Plaintiff Eric Stephen Freeze and Defendants Elizabeth E. Gallagher, Ann G. Freeze Revocable Trust, Ronald L. Freeze Revocable

MINUTE ORDER - 1

Trust, James Massingale, and Angela Massingale (together, the "Gallagher Defendants") filed timely responses to the order to show cause. (Freeze Resp. (Dkt. # 40); Gallagher Defs. Resp. (Dkt. # 42).) Defendant Jose T. Acuna, who is proceeding *pro se* in this matter, did not respond to the order to show cause. (*See generally* Dkt.)

Having reviewed the parties' responses, the court DISCHARGES the order to show cause (Dkt. # 29). The court will issue a new order regarding initial disclosures, joint status report, and early settlement after it decides the Gallagher Defendants' motion to dismiss. (MTD (Dkt. # 35).)

Filed and entered this 22nd day of March, 2024.

RAVI SUBRAMANIAN
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 2