1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10

ERIC STEPHEN FREEZE,                          CASE NO. C23-1135JLR

11

                Plaintiff,                      MINUTE ORDER

    v.

12

ELIZABETH E. GALLAGHER, et
al.,

13

14

              Defendants.

15

The following minute order is made by the direction of the court, the Honorable

16

James L. Robart, U.S. District Judge:

17

The parties are ORDERED to appear at a hearing, to be conducted by Zoom

18

videoconference, on **Friday, July 12, 2024, at 10:00 a.m.**  Instructions for how to attend

19

the videoconference will be sent under separate cover.  The parties shall be prepared to

20

discuss at the hearing their responses to the court's June 28, 2024 order to show cause.

21

(*See* OSC (Dkt. # 58) (ordering the parties to show cause, by no later than July 9, 2024, at

22

MINUTE ORDER - 1

5:00 p.m. why this action should not be dismissed for failure to file a joint status report).)

The parties are further ORDERED to file a declaration or affidavit, made under penalty

of perjury, attaching evidence supporting the assertions made in their responses to the

order to show cause by no later than **July 10, 2024.**

     Filed and entered this 3rd day of July, 2024.

RAVI SUBRAMANIAN
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 2