UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ERIC STEPHEN FREEZE, | CASE NO. C23-1135JLR |
| Plaintiff, | MINUTE ORDER |
| v. | |
| ELIZABETH E. GALLAGHER, et al., | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable James L. Robart, U.S. District Judge:

It has come to the court's attention that *pro se* Defendant Jose T. Acuna is not registered for e-filing in this district and has not provided his email address to the court. Accordingly, Mr. Acuna is ORDERED to provide his email address to the court's Courtroom Deputy Clerk, Ashleigh Drecktrah, either by calling Ms. Drecktrah at (206) 370-8520 or by sending an email to Ashleigh_Drecktrah@wawd.uscourts.gov, by

MINUTE ORDER - 1

1  no later than **July 11, 2024**.  Ms. Drecktrah will provide Mr. Acuna instructions for
2  attending the Zoom videoconference scheduled on July 12, 2024, at 10:00 a.m., after he
3  calls or emails her in accordance with this order.  Failure to timely contact Ms. Drecktrah
4  may result in sanctions.
5         Filed and entered this 5th day of July, 2024.

                              RAVI SUBRAMANIAN
                              Clerk of Court

                               s/ Ashleigh Drecktrah
                              Deputy Clerk

MINUTE ORDER - 2