UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE

ERIC STEPHEN FREEZE,

    Plaintiff,

v.

ELIZABETH E. GALLAGHER, JOSE T. ACUNA, ANN G. FREEZE REVOCABLE TRUST and JAMES MASSINGALE AND ANGELA MASSINGALE

    Defendants.

Case No. 2:23-cv-01135-RSM

NOTICE OF APPEARANCE

TO:    The Clerk of Court and all parties of record.

Craig Cammock, of Skagit Law Group, PLLC, states that he is admitted or otherwise authorized to practice in this Court, and appears in this case as counsel for JOSE T. ACUNA.

YOU AND EACH OF YOU will please take notice that CRAIG E. CAMMOCK of SKAGIT LAW GROUP, PLLC, is admitted or otherwise authorized to practice in this Court and hereby appears in the above-entitled cause for Defendant JOSE T. ACUNA, without waiving questions of:

    1.    Lack of jurisdiction over the subject matter;
    2.    Lack of jurisdiction over the person;
    3.    Improper venue;
    4.    Insufficiency of process;

NOTICE OF APPEARANCE - 1

**Skagit Law Group, PLLC**
Craig@skagitlaw.com
Post Office Box 336 / 227 Freeway Drive, Suite B
Mount Vernon, Washington 98273
Telephone: 360.336.1000 • Facsimile: 360.336.6690

5. Insufficiency of service of process;
6. Failure to state a claim upon which relief can be granted; and
7. Failure to join a party under Rule 19.

YOU ARE FURTHER NOTIFIED that all further papers and pleadings herein, except for original process, shall be served upon the undersigned attorney at the address shown below.

DATED this July 11, 2024.

SKAGIT LAW GROUP, PLLC

By_____
CRAIG E. CAMMOCK, WSBA #24185
Attorneys for Defendant ACUNA

## DECLARATION OF SERVICE

The undersigned certifies under penalty of perjury under the law of the state of Washington that on the below date I deposited for mailing via first class US mail, postage prepaid, and by email, a true and correct copy of this NOTICE OF APPEARANCE to the following:

Eric Stephen Freeze
PO Box 12
Concrete, WA  98237

Paul W. Taylor
20388 Eric Street
Mount Vernon, WA  98273

DATED this July 11, 2024, at Mount Vernon, WA.

_____
LAURIE BRADLEY GIBSON, Paralegal

NOTICE OF APPEARANCE - 2