1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10

ERIC STEPHEN FREEZE,

CASE NO. C23-1135JLR

11

Plaintiff,

MINUTE ORDER

v.

12

13

ELIZABETH E. GALLAGHER, et al.,

14

Defendants.

15

16        The following minute order is made by the direction of the court, the Honorable

17   James L. Robart, U.S. District Judge:

18        The court held a hearing on July 12, 2024, at 10:00 a.m., regarding the parties'

19   responses to the court's June 28, 2024 order to show cause (*see* OSC (Dkt. # 58); Freeze

20   Resp. (Dkt. ## 67-68); Gallagher Defs. Resp. (Dkt. # 71)) and the Gallagher Defendants'

21   motion to dismiss (MTD (Dkt. # 63); *see* MTD Resp. (Dkt. # 69)).  (7/12/24 Minute

22   Entry (Dkt. # 75).)

MINUTE ORDER - 1

1       The court ORDERS as follows:

2       1.     The parties shall complete their Rule 26(f) conference by no later than

3 **August 2, 2024**.  The parties shall file their joint status report and discovery plan by no

4 later than **August 30, 2024**.  The parties shall refer to the court's May 14, 2024 order

5 regarding initial disclosures and joint status report for instructions about the contents of

6 the joint status report and discovery plan.  (*See* 5/14/24 Order (Dkt. # 50).)

7       2.     Mr. Acuna shall file his joinder in the Gallagher Defendants' motion to

8 dismiss and/or his own motion to dismiss, if any, by no later than **July 22, 2024**.

9       Filed and entered this 12th day of July, 2024.

10

                            RAVI SUBRAMANIAN

11                             Clerk of Court

12                             s/ Ashleigh Drecktrah
                            Deputy Clerk

13

14

15

16

17

18

19

20

21

22

MINUTE ORDER - 2