UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE

| | |
|---|---|
| ERIC STEPHEN FREEZE, <br><br> Plaintiff, <br><br> v. <br><br> ELIZABETH E. GALLAGHER, JOSE T. ACUNA, ANN G. FREEZE REVOCABLE TRUST and JAMES MASSINGALE AND ANGELA MASSINGALE <br><br> Defendants. | Case No. 2:23-cv-01135-RSM <br><br> DECLARATION OF SERVICE |

The undersigned hereby declares:

1. On or about July 16, 2024, I caused to be served DEFENDANT JOSE T. ACUNA'S JOINDER TO MOTION TO DISMISS FILED BY DEFENDANTS ANN G. FREEZE REVOCABLE TRUST, ELIZABETH GALLAGHER AND JAMES AND ANGELA MASSINGALE by electronic means through the Court's ECF program:

   Paul W. Taylor
   20388 Eric Street
   Mount Vernon, WA 98273

2. On July 16, 2024, I caused to be served DEFENDANT JOSE T. ACUNA'S JOINDER TO MOTION TO DISMISS FILED BY DEFENDANTS ANN G. FREEZE REVOCABLE TRUST, ELIZABETH GALLAGHER AND JAMES AND ANGELA MASSINGALE by depositing same for mailing via first class mail, postage prepaid, addressed to Pro Se Plaintiff:

DECLARATION OF SERVICE - 1

*Skagit Law Group, PLLC*
Craig@skagitlaw.com
Post Office Box 336 / 227 Freeway Drive, Suite B
Mount Vernon, Washington 98273
Telephone: 360.336.1000 • Facsimile: 360.336.6690

Eric Stephen Freeze
P.O. BOX 12
Concrete, WA 98237

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 16th day of July, 2024.

_____
L. Gibson, Paralegal

DECLARATION OF SERVICE - 2

*Skagit Law Group*, PLLC
Craig@skagitlaw.com
Post Office Box 336 / 227 Freeway Drive, Suite B
Mount Vernon, Washington 98273
Telephone: 360.336.1000 • Facsimile: 360.336.6690