

FILED / LODGED / RECEIVED   MAIL
JUL 26 2024
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

## IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE WESTERN DISTRICT OF WASHINGTON

Eric S. Freeze,

    Plaintiff,

vs.

ELIZABETH E. GALLAGHER, JOSE T. ACUNA, ANN G. FREEZE REVOCABLE TRUST, and the RONALD L. FREEZE REVOCABLE TRUST, JAMES MASSINGALE AND ANGELA MASSINGALE,

    Defendants

Case No. 2 : 23-CV-01135-JLR

Notice of FDRC 26 (f) Conference

### Notice of FDRC 26 f Conference

I, Eric Freeze suggest as follows;

I am over the age of 18 years and competent to provide this suggestion as Pro per.

On 30th of July 2024, I can schedule the FRCP Rule 26(f) CONFERENCE at 11:45 AM or 2:15 PM on July 31st for PAUL W. TAYLOR   counsel for GALLAGHER, FREEZE REVOCABLE TRUST, JAMES MASSINGALE AND ANGELA MASSINGALE. Please text me if this is not convenient. 360-202 6178

Name:    PAUL W. TAYLOR
20388 Eric ST.
Mount Vernon, WA 98274

Signed on 23rd day July  2024

_/s/ Eric Freeze_
Eric S. Freeze

NOTICE OF FRCP CONFERENCE - 1 of 1    Gallagher

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Eric S. Freeze, | Case No. 2 : 23-CV-01135-JLR |
| Plaintiff, | |
| vs. | |
| ELIZABETH E. GALLAGHER, JOSE T. ACUNA, ANN G. FREEZE REVOCABLE TRUST, and the RONALD L. FREEZE REVOCABLE TRUST, JAMES MASSINGALE AND ANGELA MASSINGALE, | DECLARATION OF SERVICE |
| Defendants | |

DECLARATION OF SERVICE

I, Derrill Fussell declare as follows;

I am over the age of 18 years and competent to provide this declaration.

On or about the 24th day of July 2024, I caused to be served via USPS Certified Mail- 70220410000082324593, at or about 4:40 at a USPS Post office, Skagit County WA a true and correct copy of the Notice of FDRC 26 (f) Conference and this Declaration of Service for this Case No. 2 : 23-CV-01135-RSM, to the following;

DECLARATION OF SERVICE - 1 of 1                                                      Gallagher

Name:   PAUL W. TAYLOR
        20388 Eric ST.
        Mount Vernon, WA 98274

I declare under penalty of perjury that the foregoing is true and correct.

Signed on 24th day July 2024

_Signature_

Derrill Fussell
929 E College Way
Mount Vernon, WA, [98273]

DECLARATION OF SERVICE - 2 of 1                                   Gallagher



Eric Freeze
P O Box 12
Concrete WA [98237]

FILED
LODGED
RECEIVED

JUL 26 2024

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____ DEPUTY

Atten: 23-cv-1135

7022 0410 0000 8232 4623

CERTIFIED MAIL

CLERK U.S. DISTRICT COURT
700 Stewart St. Ste. 2310
Seattle, WA 98101

U.S. POSTAGE PAID
FCM LETTER
CLEARLAKE, WA 98235
JUL 24, 2024
$0.00
S2324M503727-03

98101-444285

