

FILED
LODGED
RECEIVED  MAIL

JUL 26 2024

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE WESTERN DISTRICT OF WASHINGTON

Eric S. Freeze,

    Plaintiff,

vs.

ELIZABETH E. GALLAGHER, JOSE T. ACUNA, ANN G. FREEZE REVOCABLE TRUST, and the RONALD L. FREEZE REVOCABLE TRUST, JAMES MASSINGALE AND ANGELA MASSINGALE,

    Defendants

Case No. 2 : 23-CV-01135-JLR

Notice of FDRC 26 f Conference

## Notice of FDRC 26 f Conference

I, Eric Freeze suggest as follows;

I am over the age of 18 years and competent to provide this suggestion as Pro per.

On 30th of July 2024, I can schedule the FRCP Rule 26(f) at 11:00 AM or 1:30 PM July 31st for CRAIG CAMMOCK counsel for Jose T. Acuna. Please text me if this is not convenient. 360-202 6178

Name:  **CRAIG CAMMOCK**
P. O. Box 336
Mount Vernon, WA 98273

Signed on 23rd day July 2024

_Eric S. Freeze_
Eric S. Freeze

DECLARATION OF SERVICE - 1 of 1                                     ACUNA

## IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Eric S. Freeze, ) | |
| ) | Case No. 2 : 23-CV-01135-JLR |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ELIZABETH E. GALLAGHER, JOSE T. ) | DECLARATION OF SERVICE |
| ACUNA, ANN G. FREEZE REVOCABLE ) | |
| TRUST, and the RONALD L. FREEZE ) | |
| REVOCABLE TRUST, JAMES MASSINGALE ) | |
| AND ANGELA MASSINGALE, ) | |
| Defendants ) | |
| ) | |
| ) | |

DECLARATION OF SERVICE

I, Derrill Fussell declare as follows;

I am over the age of 18 years and competent to provide this declaration.

On or about the 24th day of July 2024, I caused to be served via USPS Certified Mail- 70220410000082324609, at or about 3:40 at a USPS Post office, Skagit County WA a true and correct copy of the Notice of FDRC 26 (f) Conference and this Declaration of Service for this Case No. 2 : 23-CV-01135-RSM, to the following;

DECLARATION OF SERVICE - 1 of 1                                                                                  ACUNA

Name:     **CRAIG CAMMOCK**
          **P. O. Box 336**
          **Mount Vernon, WA 98273**

I declare under penalty of perjury that the foregoing is true and correct.

Signed on 24th day July 2024

_____
Signature

Derrill Fussell
929 E College Way
Mount Vernon, WA, [98273]

DECLARATION OF SERVICE - 2 of 1                                           ACUNA



