

FILED
LODGED
RECEIVED   MAIL

JUL 26 2024

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# IN AND FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Eric S. Freeze,  <br>  Plaintiff,  <br>  vs.  <br> ELIZABETH E. GALLAGHER, JOSE T. ACUNA, ANN G. FREEZE REVOCABLE TRUST, and the RONALD L. FREEZE REVOCABLE TRUST, JAMES MASSINGALE AND ANGELA MASSINGALE,  <br>  Defendants | Case No. 2 : 23-CV-01135-JLR  <br><br> DECLARATION OF SERVICE  <br><br> 7022 0410 0000 8232 4623 |

DECLARATION OF SERVICE

I, Derrill Fussell declare as follows;

I am over the age of 18 years and competent to provide this declaration.

On or about the 24th day of July 2024, I caused to be served via USPS Certified Mail- 70220410000082324623, at or about 3:40 at a USPS Post office, Skagit County WA a true and correct copy of the Notice of FDRC 26 (f) Conference and this Declaration of Service for this Case No. 2 : 23-CV-01135-RSM, to the following;

DECLARATION OF SERVICE - 1 of 1                                                            ACUNA

| | |
|---|---|
| Name: | **CLERK U.S. DISTRICT COURT**<br>700 Stewart St. Ste. 2310<br>Seattle, WA 98101 |

I declare under penalty of perjury that the foregoing is true and correct.

Signed on 24th day July 2024

_____
Signature

Derrill Fussell
929 E College Way
Mount Vernon, WA, [98273]



