UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE

| | |
|---|---|
| ERIC STEPHEN FREEZE,<br><br>    Plaintiff,<br><br>v.<br><br>ELIZABETH E. GALLAGHER, JOSE T. ACUNA, ANN G. FREEZE REVOCABLE TRUST and JAMES MASSINGALE AND ANGELA MASSINGALE<br><br>    Defendants. | Case No. 2:23-cv-01135-RSM<br><br>JOINT STATUS REPORT |

COME NOW the Parties herein and submit the following Joint Status Report under FRCP 26 (f) after conducting a telephonic conference at 11:45 a.m. on July 30, 2024, among Plaintiff Eric Freeze, Defendant Acuna attorney Craig Cammock, and Attorney for the Remaining Defendants, Elizabeth Gallagher, Ann Freeze Revocable Trust, Ronald Freeze Revocable Trust, James Massingale, and Angela Massingale.

1. Proposed Deadline for adding additional parties: August 15, 2024.

2. No Party requests an assignment of the case to a Magistrate Judge.

JOINT STATUS REPORT - 1

**Skagit Law Group, PLLC**
Craig@skagitlaw.com
Post Office Box 336 / 227 Freeway Drive, Suite B
Mount Vernon, Washington 98273
Telephone: 360.336.1000 • Facsimile: 360.336.6690

3. No Discovery by any party has been conducted to date. The parties agree to the following schedule;

   (A) Initial Disclosures: August 30, 2024

   (B) Discovery Schedule:

       Written Discovery Complete by November 30, 2024

       Depositions Complete by December 31, 2024

       Dispositive Motions scheduled by January 30, 2025

   (C) The Parties do not anticipate discovery of electronic information other than emails.

   (D) The Defendants will promptly identify any inadvertently disclosed privileged information and any such materials will be promptly returned.

   (E) Limitations on Discovery. Defendants request that any depositions of out of state Defendants be conducted by Zoom.

   (F) Defendants may request a protective order for Ann Freeze due to physical and mental incapacity.

4. Parties Views, Proposals and Agreements

   (A) Prompt case resolution is not possible under the circumstances and facts of this case.

   (B) Alternative Dispute Resolution is not possible under the circumstances and facts of this case.

Skagit Law Group, PLLC
Craig@skagitlaw.com
Post Office Box 336 / 227 Freeway Drive, Suite B
Mount Vernon, Washington 98273
Telephone: 360.336.1000 • Facsimile: 360.336.6690

(C) Related cases are Skagit County Superior Court Cause No. 22-2-00163-29 and Western Washington Federal District Court Case no. 2:22-cv-01844-JLR. Plaintiff Eric Freeze does not agree that these are related cases.

(D) Discovery Management. Defendants request the Court order that discovery and communication among the parties be conducted electronically.

(E) Anticipated Discovery:

    Defendants: If Motion for Dismissal is denied, written discovery to Plaintiff and deposition of Plaintiff.

    Plaintiff: Plaintiff intends to conduct depositions and written discovery.

    Discovery to be completed by January 15, 2025.

(F) The parties agree to the Model Protocol for Discovery of ESI.

5. Bifurcation of Case: No bifurcation is requested.

6. Pretrial Statements and Order: Due thirty days prior to trial.

7. Date Ready for Trial: March 15, 2025.

8: Jury or non-jury trial:

    Plaintiff requests a jury trial. Defendants have not requested a jury.

9. Number of days for the trial: 3 days

10. Names, Addresses, and Telephone numbers of counsel:

JOINT STATUS REPORT - 3

*Skagit Law Group*, PLLC
Craig@skagitlaw.com
Post Office Box 336 / 227 Freeway Drive, Suite B
Mount Vernon, Washington 98273
Telephone: 360.336.1000 • Facsimile: 360.336.6690

| Paul W. Taylor | Craig Cammock | Eric Freeze, *pro se* |
|---|---|---|
| 20388 Eric Street | 227 Freeway Drive, Suite B | P.O. Box 12 |
| Mount Vernon, WA 98274 | Mount Vernon, WA 98273 | Concrete, WA 98237 |
| 360-708-2945 | 360-336-1000 | 360-202-6178 |
| pwtlaw@frontier.com | craig@skagitlaw.com | ericfreeze87@gmail.com |

11. Conflict dates:   Paul Taylor – none after March 15, 2025

Craig Cammock – none after March 15, 2025

Eric Freeze - none after March 15, 2025

12. All parties have been served.

13. Scheduling Conference: To be determined.

14. No corporate parties are involved.

Respectfully submitted,

*[signature]*
Paul W. Taylor, WSBA no. 13945
Attorney for Defendants Gallagher, Massingale, and the Freeze Trusts

*[signature]*
Craig Cammock, WSBA No. 24185
Attorney For Defendant Acuna

Eric Freeze, *pro per*
Plaintiff

— Mr. Freeze participated in the CR26 conference call and indicated that he would review this Joint Status Report. He has not communicated with me since the CR26 conference call.

*[signature]* 24/185

JOINT STATUS REPORT - 4

*Skagit Law Group, PLLC*
Craig@skagitlaw.com
Post Office Box 336 / 227 Freeway Drive, Suite B
Mount Vernon, Washington 98273
Telephone 360.336.1000 • Facsimile: 360.336.6690