## UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ERIC STEPHEN FREEZE,<br><br>           Plaintiff,<br><br>v.<br><br>ELIZABETH E. GALLAGHER, et al.,<br><br>           Defendants. | JUDGMENT IN A CIVIL CASE<br><br>CASE NO. C23-1135JLR |

      ____    **Jury Verdict**.  This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

      **X**    **Decision by Court**.  This action came to consideration before the court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

    Plaintiff's amended complaint, and this action, are DISMISSED with prejudice.

(*See* 8/9/24 Order (Dkt. # 84).)

    Filed this 9th day of August, 2024.

                                                    RAVI SUBRAMANIAN
                                                  Clerk of Court

                                                   s/ Ashleigh Drecktrah
                                                  Deputy Clerk