1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

| | |
|---|---|
| 10 | ERIC STEPHEN FREEZE, |
| 11 | Plaintiff, |
| 12 | v. |
| 13 | ELIZABETH E. GALLAGHER, et al., |
| 14 | Defendants. |

10    ERIC STEPHEN FREEZE,                          CASE NO. C23-1135JLR

11                            Plaintiff,            ORDER

                v.

12

13    ELIZABETH E. GALLAGHER, et
      al.,

14

                         Defendants.

15

       Before the court is *pro se* Plaintiff Eric Stephen Freeze's motion for

16

reconsideration of the court's August 9, 2024 order granting Defendants Elizabeth E.

17

Gallagher, Ann G. Freeze Revocable Trust, Ronald L. Freeze Revocable Trust, James

18

Massingale, and Angela Massingale's motion to dismiss and Defendant Jose T. Acuna's

19

joinder therein.  (MFR (Dkt. # 86); 8/9/24 Order (Dkt. # 84).)

20

       "Motions for reconsideration are disfavored," and the court "will ordinarily deny

21

such motions in the absence of a showing of manifest error in the prior ruling or a

22

ORDER - 1

1   showing of new facts or legal authority which could not have been brought to its attention

2   earlier with reasonable diligence."  Local Rules W.D. Wash. LCR 7(h)(1); *see also id.*

3   LCR 7(h)(2) (requiring the motion to "point out with specificity the matters which the

4   movant believes were overlooked or misapprehended by the court" and "any new matters

5   being brought to the court's attention for the first time").  "Reconsideration is an

6   extraordinary remedy," and the moving party bears a "heavy burden."  *Kona Enters., Inc.*

7   *v. Est. of Bishop*, 229 F.3d 877, 890 (9th Cir. 2000).  Having closely reviewed Mr.

8   Freeze's motion, the relevant portions of the record, and the governing law, the court

9   concludes that Mr. Freeze has not met his burden to demonstrate that reconsideration of

10  the August 9, 2024 order is justified.  Therefore, the court DENIES Mr. Freeze's motion

11  for reconsideration (Dkt. # 86).[1]

12      Dated this 23rd day of August, 2024.

13

14      _____

15      JAMES L. ROBART
        United States District Judge

16

17

18

19

20

21  [1] To the extent Mr. Freeze's motion for reconsideration should be construed as a motion
    for relief from judgment pursuant to Federal Rule of Civil Procedure 60(b), the court further
    concludes that Mr. Freeze has not satisfied any of the requirements for granting such relief set
22  forth in that rule.  *See* Fed. R. Civ. P. 60(b).

ORDER - 2