

```
                    FILED
                    LODGED
                    RECEIVED

              SEP 11 2024
                AT SEATTLE
         CLERK U.S. DISTRICT COURT
       WESTERN DISTRICT OF WASHINGTON
        BY                    DEPUTY
```

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Eric S. Freeze, ) | Case No. 2 : 23-CV-01135-JLR |
| Plaintiff, ) | |
| vs. ) | |
| ELIZABETH E. GALLAGHER, JOSE T. ACUNA, ANN G. FREEZE REVOCABLE TRUST, and the RONALD L. FREEZE REVOCABLE TRUST, JAMES MASSINGALE AND ANGELA MASSINGALE, ) | DECLARATION OF SERVICE |
| Defendants ) | |

DECLARATION OF SERVICE

I, Derrill Fussell declare as follows;

I am over the age of 18 years and competent to provide this declaration.

On or about the 9th day of September 2024, I caused to be served via USPS Certified Mail-70220410000082323244, at or about 4:30 at a USPS Post office, Skagit County WA a true and correct copy of the NOTICE OF APPEAL AND STATEMENT OF ISSUES and this Declaration of Service for this Case No. 2 : 23-CV-01135-RSM, to the following;

DECLARATION OF SERVICE - 1 of 1                Court/ACUNA/GALLAGHER

| | | |
|---|---|---|
| 1 | Name: | CLERK U.S. DISTRICT COURT |
| 2 | | 700 Stewart St. Ste. 2310 |
| 3 | | Seattle, WA 98101 |
| 4 | | And |
| 5 | Name: | CRAIG CAMMOCK  70220410000082323251 |
| 6 | | P. O. Box 336 |
| | | Mount Vernon, WA 98273 |
| 7 | | |
| 8 | | And |
| | Name: | PAUL W. TAYLOR  70220410000082323268 |
| 9 | | 20388 Eric ST. |
| 10 | | Mount Vernon, WA 98274 |

I declare under penalty of perjury that the foregoing is true and correct.

Signed on ___9th___ day September 2024

_____
Signature

Derrill Fussell
929 E College Way
Mount Vernon, WA, [98273]



Eric Freeze
P O Box 12
Concrete WA

7022 0430 0000 8232 3244

CERTIFIED MAIL

Retail

RDC 99

FILED
LODGED
RECEIVED

SEP 11 2024

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____ DEPUTY

MAIL

98101

$1.09
S2324M503727-03

U.S. POSTAGE PAID
FCM LETTER
CLEARLAKE, WA 98235
SEP 09, 2024

CLERK U.S. DISTRICT COURT
700 Stewart St, Ste. 2310
Seattle, WA 98101

Atten:
23-cv-1135

98101-444265