UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ERIC STEPHEN FREEZE,<br><br>    Plaintiff,<br><br> v.<br><br>ELIZABETH E. GALLAGHER, et al.,<br><br>    Defendants. | CASE NO. C23-1135JLR<br><br>ORDER |

Before the court is *pro se* Plaintiff Eric Stephen Freeze's motion to proceed *in forma pauperis* ("IFP") on appeal. (Mot. (Dkt. # 90).) The court exercises its discretion under Federal Rule of Civil Procedure 1[1] to decide the motion before its October 21, 2024 noting date. Being fully advised, the court GRANTS the motion.

---

[1] Rule 1 directs the court to "construe[], administer[], and employ[]" the Federal Rules "to secure the just, speedy, and inexpensive determination of every action and proceeding." Fed. R. Civ. P. 1.

ORDER - 1

1 | Mr. Freeze did not seek to proceed IFP when he filed this action; instead, he paid his filing fee in full. (*See* Compl. (Dkt. # 1).) Federal Rule of Appellate Procedure 24(a)(1) provides that a party who paid the filing fee in district court may proceed IFP on appeal if he or she files a motion in the district court and attaches an affidavit that: (1) shows in detail the party's inability to pay or give security for fees and costs; (2) claims an entitlement to redress; and (3) states the issues the party intends to present on appeal. Fed. R. App. P. 24(a)(1). The court has reviewed Mr. Freeze's motion and concludes that his application meets the requirements of Rule 24(a)(1). Accordingly, the court GRANTS Mr. Freeze's motion to proceed IFP on appeal (Dkt. # 90).

Dated this 1st day of October, 2024.

JAMES L. ROBART
United States District Judge

ORDER - 2